# EXHIBIT E

EXHIBIT 5

| US8861512 | Discord Application ("The Accused Product") |
|---|---|
| 1. A method of enabling a wireless device, located in a region, to initiate a network connection without using a network operator's home location register that covers that region, comprising the steps of: | The accused product discloses a method of enabling a wireless device (e.g., Smartphone), located in a region, to initiate a network connection (e.g., SIP Invite) without using a network operator's home location register that covers that region. <br><br> The accused product uses Internet or IP network for calling. Hence, it bypasses network operator's home location register as Wi-Fi or internet based calling does not require home location register (HLR). |

EXHIBIT 5



EXHIBIT 5

Discord is your place to talk. Create a home for your communities and friends, where you can stay close and have fun over text, voice, and video. Whether you're part of a school club, a gaming group, a worldwide art community, or just a handful of friends that want to spend time, Discord makes it easy to talk every day and hang out more often.

CREATE AN INVITE-ONLY PLACE TO TALK
• Organized text channels give you plenty of room to talk. Share your latest cooking mishaps while coordinating next week's game night, or just talk about your day without clogging up a group chat.
• Voice channels make hanging out easy. Grab a seat in a voice channel when you're free. Friends can see you're around and pop in to talk, without having to call.
• Reliable tech for staying close. Low latency voice and video feels like you're in the same room.

STAY CLOSE WITH TEXT, VOICE, AND VIDEO
• Wave hello over video, watch friends stream their games, or gather up and have a drawing session with screen share.
• Turn any image into your own custom emojis and share them with friends.
• Share anything from a funny video to your latest group photos, and pin your favorites to remember later.

https://apps.apple.com/us/app/discord-talk-chat-hang-out/id985746746

EXHIBIT 5



https://support.discord.com/hc/en-us/articles/115002787571--Mobile-Video-Calls

EXHIBIT 5

| | |
|---|---|
| | INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishement (e.g. SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g. VoLTE, Video, File Transfer etc) are going on in a session. Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)<br><br>The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO-VoLTE with PreCondition.<br><br><br><br>https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html |
| (a) the wireless device using a module that is responsible for | The wireless device (e.g., Smartphone) using a module (e.g., Discord application) that is responsible for contacting a server (e.g., Discord Server) to communicate with the server (e.g., Discord Server) over a wireless link (e.g., Wi-Fi link), wherein the wireless device (e.g., Smartphone) includes the module (e.g., Discord application) that is implemented as software and that is downloadable to the wireless device (e.g., Smartphone). |

EXHIBIT 5

| | |
|---|---|
| contacting a server to communicate with the server over a wireless link, wherein the device includes the module that is implemented as software and that is downloadable to the device; |  |

https://apps.apple.com/us/app/discord-talk-chat-hang-out/id985746746

EXHIBIT 5

Discord is your place to talk. Create a home for your communities and friends, where you can stay close and have fun over text, voice, and video. Whether you're part of a school club, a gaming group, a worldwide art community, or just a handful of friends that want to spend time, Discord makes it easy to talk every day and hang out more often.

CREATE AN INVITE-ONLY PLACE TO TALK
• Organized text channels give you plenty of room to talk. Share your latest cooking mishaps while coordinating next week's game night, or just talk about your day without clogging up a group chat.
• Voice channels make hanging out easy. Grab a seat in a voice channel when you're free. Friends can see you're around and pop in to talk, without having to call.
• Reliable tech for staying close: Low latency voice and video feels like you're in the same room.

STAY CLOSE WITH TEXT, VOICE, AND VIDEO
• Wave hello over video, watch friends stream their games, or gather up and have a drawing session with screen-share.
• Turn any image into your own custom emojis and share them with friends.
• Share anything from a funny video to your latest group photos, and pin your favorites to remember later.

https://apps.apple.com/us/app/discord-talk-chat-hang-out/id985746746

EXHIBIT 5



https://support.discord.com/hc/en-us/articles/115002787571--Mobile-Video-Calls

EXHIBIT 5

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session. Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

EXHIBIT 5

| (b) the wireless device using the module to send, over the wireless link, data to the server that defines a call request; | The wireless device (e.g., Smartphone) using the module (e.g., Discord application) to send, over the wireless link (e.g., Wi-Fi link), data to the server (e.g., Discord Server) that defines a call request (e.g., invite signal from caller to server). 
https://apps.apple.com/us/app/discord-talk-chat-hang-out/id985746746 |

EXHIBIT 5

Discord is your place to talk. Create a home for your communities and friends, where you can stay close and have fun over text, voice, and video. Whether you're part of a school club, a gaming group, a worldwide art community, or just a handful of friends that want to spend time, Discord makes it easy to talk every day and hang out more often.

CREATE AN INVITE-ONLY PLACE TO TALK
• Organized text channels give you plenty of room to talk. Share your latest cooking mishaps while coordinating next week's game night, or just talk about your day without clogging up a group chat.
• Voice channels make hanging out easy. Grab a seat in a voice channel when you're free. Friends can see you're around and pop in to talk, without having to call.
• Reliable tech for staying close. Low latency voice and video feels like you're in the same room.

STAY CLOSE WITH TEXT, VOICE, AND VIDEO.
• Wave hello over video, watch friends stream their games, or gather up and have a drawing session with screen share.
• Turn any image into your own custom emojis and share them with friends.
• Share anything from a funny video to your latest group photos, and pin your favorites to remember later.

https://apps.apple.com/app/discord-talk-hang-out/id985746746

EXHIBIT 5



https://support.discord.com/hc/en-us/articles/115002787571—Mobile-Video-Calls

EXHIBIT 5

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishement (e.g SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

EXHIBIT 5

| | |
|---|---|
| (c) in response to the call request, a software application running on the server deciding on the appropriate routing to a third party end-user over all available networks for that call request without using the network operator's home or visitor location register. | In response to the call request (e.g., Invite signal from caller to server), a software application (e.g., software running at Discord SIP proxy Server to route/manage calls) running on the server (e.g., Discord Server) deciding on the appropriate routing (e.g., Invite signal from server to callee) to a 3rd party end-user (e.g., Other users using Discord) for that call request (e.g., Invite signal from caller to server) without using the network operator's home or visitor location register. |

EXHIBIT 5



https://apps.apple.com/us/app/discord-talk-chat-hang-out/id985746746

EXHIBIT 5

Discord is your place to talk. Create a home for your communities and friends, where you can stay close and have fun over text, voice, and video. Whether you're part of a school club, a gaming group, a worldwide art community, or just a handful of friends that want to spend time, Discord makes it easy to talk every day and hang out more often.

CREATE AN INVITE-ONLY PLACE TO TALK
• Organized text channels give you plenty of room to talk. Share your latest cooking mishaps while coordinating next week's game night, or just talk about your day without clogging up a group chat.
• Voice channels make hanging out easy. Grab a seat in a voice channel when you're free. Friends can see you're around and pop in to talk, without having to call.
• Reliable tech for staying close. Low latency voice and video feels like you're in the same room.

STAY CLOSE WITH TEXT, VOICE, AND VIDEO
• Wave hello over video, watch friends stream their games, or gather up and have a drawing session with screen share.
• Turn any image into your own custom emojis and share them with friends.
• Share anything from a funny video to your latest group photos, and pin your favorites to remember later.

https://apps.apple.com/us/app/discord-talk-chat-hang-out/id985746746

EXHIBIT 5



https://support.discord.com/hc/en-us/articles/115002787571—Mobile-Video-Calls

EXHIBIT 5

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g., SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g., VoLTE, Video, File Transfer etc) are going on in a session. Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200 OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

EXHIBIT 5

| | |
|---|---|
| 8. The method of claim 1, in which the server also acts as a media server so that the network connection is not limited to a voice connection, but includes also the transfer of any media asset, including data, video, and audio files, web pages and data, video and audio streaming. | The server (e.g., Discord Server) also acts as a media server so that the network connection (e.g., SIP Invite) for that call is not limited to a voice connection, but includes also the transfer of any media assets, including data-, video- and audio files, web pages, and data-, video- and audio streaming.<br><br>Discord is your place to talk. Create a home for your communities and friends, where you can stay close and have fun over text, voice, and video. Whether you're part of a school club, a gaming group, a worldwide art community, or just a handful of friends that want to spend time, Discord makes it easy to talk every day and hang out more often.<br><br>CREATE AN INVITE-ONLY PLACE TO TALK<br>• Organized text channels give you plenty of room to talk. Share your latest cooking mishaps while coordinating next week's game night, or just talk about your day without clogging up a group chat.<br>• Voice channels make hanging out easy. Grab a seat in a voice channel when you're free. Friends can see you're around and pop in to talk, without having to call.<br>• Reliable tech for staying close. Low latency voice and video feels like you're in the same room.<br><br>STAY CLOSE WITH TEXT, VOICE, AND VIDEO<br>• Wave hello over video, watch friends stream their games, or gather up and have a drawing session with screen share.<br>• Turn any image into your own custom emojis and share them with friends.<br>• Share anything from a funny video to your latest group photos, and pin your favorites to remember later.<br><br>https://apps.apple.com/us/app/discord-talk-chat-hang-out/id985746746 |

EXHIBIT 5



https://support.discord.com/hc/en-us/articles/115002787571--Mobile-Video-Calls

EXHIBIT 5

| 12. The method of claim 1 in which the module establishes and controls communication between the device and the server. | The module (e.g., Discord application) establishes and control communication (e.g., SIP communication) between the wireless device (e.g., Smartphone) and the server (e.g., Discord Server).<br><br>INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session. Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)<br><br>The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.<br><br><br><br>https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html |

EXHIBIT 5

| | |
|---|---|
| 23. A system comprising a wireless device located in a region and a server for enabling the wireless device to communicate with the server to initiate a network connection without using a network operator's home location register that covers that region, wherein the server includes a software application that functions as a calls manager, wherein: | The accused product discloses a system comprising a wireless device (e.g., Smartphone) located in a region and a server (e.g., Discord Server) for enabling the wireless device (e.g., Smartphone) to communicate with the server (e.g., Discord Server) to initiate a network connection (e.g., SIP Invite) without using a network operator's home location register that covers that region, wherein the server includes a software application (e.g., software running at Discord SIP proxy Server to route/manage calls) that functions as a calls manager. |

EXHIBIT 5



https://apps.apple.com/us/app/discord-talk-chat-hang-out/id985746746

EXHIBIT 5

Discord is your place to talk. Create a home for your communities and friends, where you can stay close and have fun over text, voice, and video. Whether you're part of a school club, a gaming group, a worldwide art community, or just a handful of friends that want to spend time, Discord makes it easy to talk every day and hang out more often.

CREATE AN INVITE-ONLY PLACE TO TALK
• Organized text channels give you plenty of room to talk. Share your latest cooking mishaps while coordinating next week's game night, or just talk about your day without clogging up a group chat.
• Voice channels make hanging out easy. Grab a seat in a voice channel when you're free. Friends can see you're around and pop in to talk, without having to call.
• Reliable tech for staying close. Low latency voice and video feels like you're in the same room.

STAY CLOSE WITH TEXT, VOICE, AND VIDEO
• Wave hello over video, watch friends stream their games, or gather up and have a drawing session with screen share.
• Turn any image into your own custom emojis and share them with friends.
• Share anything from a funny video to your latest group photos, and pin your favorites to remember later.

https://apps.apple.com/us/app/discord-talk-hang-out/id985746746

EXHIBIT 5



https://support.discord.com/hc/en-us/articles/115002787571--Mobile-Video-Calls

EXHIBIT 5

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g. SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g., VoLTE, Video, File Transfer etc) are going on in a session. Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

EXHIBIT 5

| | |
|---|---|
| (a) the wireless device is operable using a module that is responsible for contacting the server to communicate with the server over a wireless link, wherein the device includes the module that is implemented as software and that is downloadable to the device; | The wireless device (e.g., Smartphone) is operable using a module (e.g., Discord application) that is responsible for contacting a server (e.g., Discord Server) to communicate with the server (e.g., Discord Server) over a wireless link (e.g., Wi-Fi link), wherein the wireless device (e.g., Smartphone) includes the module (e.g., Discord application) that is implemented as software and that is downloadable to the wireless device (e.g., Smartphone). |

EXHIBIT 5



EXHIBIT 5

Discord is your place to talk. Create a home for your communities and friends, where you can stay close and have fun over text, voice, and video. Whether you're part of a school club, a gaming group, a worldwide art community, or just a handful of friends that want to spend time, Discord makes it easy to talk every day and hang out more often.

CREATE AN INVITE-ONLY PLACE TO TALK
• Organized text channels give you plenty of room to talk. Share your latest cooking mishaps while coordinating next week's game night, or just talk about your day without clogging up a group chat.
• Voice channels make hanging out easy. Grab a seat in a voice channel when you're free. Friends can see you're around and pop in to talk, without having to call.
• Reliable tech for staying close. Low latency voice and video feels like you're in the same room.

STAY CLOSE WITH TEXT, VOICE, AND VIDEO
• Wave hello over video, watch friends stream their games, or gather up and have a drawing session with screen share.
• Turn any image into your own custom emojis and share them with friends.
• Share anything from a funny video to your latest group photos, and pin your favorites to remember later.

https://apps.apple.com/us/app/discord-talk-chat-hang-out/id985746746

EXHIBIT 5



https://support.discord.com/hc/en-us/articles/115002787571—Mobile-Video-Calls

EXHIBIT 5

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g. SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g. VoLTE, Video, File Transfer etc) are going on in a session. Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200 OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

EXHIBIT 5

| (b) the wireless device is operable using the module to send, over the wireless link, data to the server that defines a call request; | The wireless device (e.g., Smartphone) is operable using the module (e.g., Discord application) to send, over the wireless link (e.g., Wi-Fi link), data to the server (e.g., Discord Server) that defines a call request (e.g., Invite signal from caller to server).  |

EXHIBIT 5

https://apps.apple.com/us/app/discord-talk-chat-hang-out/id985746746

Discord is your place to talk. Create a home for your communities and friends, where you can stay close and have fun over text, voice, and video. Whether you're part of a school club, a gaming group, a worldwide art community, or just a handful of friends that want to spend time, Discord makes it easy to talk every day and hang out more often.

CREATE AN INVITE-ONLY PLACE TO TALK
• Organized text channels give you plenty of room to talk. Share your latest cooking mishaps while coordinating next week's game night, or just talk about your day without clogging up a group chat.
• Voice channels make hanging out easy. Grab a seat in a voice channel when you're free. Friends can see you're around and pop in to talk, without having to call.
• Reliable tech for staying close. Low latency voice and video feels like you're in the same room.

STAY CLOSE WITH TEXT, VOICE, AND VIDEO
• Wave hello over video, watch friends stream their games, or gather up and have a drawing session with screen share.
• Turn any image into your own custom emojis and share them with friends.
• Share anything from a funny video to your latest group photos, and pin your favorites to remember later.

https://apps.apple.com/us/app/discord-talk-chat-hang-out/id985746746

EXHIBIT 5



EXHIBIT 5

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.




https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

EXHIBIT 5

| (c) in response to the call request, the calls manager software included on the server is operable to decide on the appropriate routing to a third party end-user over all available networks for that call request without using the network operator's home or visitor location register. | In response to the call request (e.g., Invite signal from caller to server), the call manager software (e.g., software running at Discord SIP proxy Server to route/manage calls) included on the server (e.g., Discord Server) is operable to decide on the appropriate routing (e.g., Invite signal from server to callee) to a third party end-user (e.g., Other users using Discord) over all available networks for that call request (e.g., Invite signal from caller to server) without using the network operator's home or visitor location register. |
| --- | --- |

EXHIBIT 5



EXHIBIT 5

Discord is your place to talk. Create a home for your communities and friends, where you can stay close and have fun over text, voice, and video. Whether you're part of a school club, a gaming group, a worldwide art community, or just a handful of friends that want to spend time, Discord makes it easy to talk every day and hang out more often.

CREATE AN INVITE-ONLY PLACE TO TALK
• Organized text channels give you plenty of room to talk. Share your latest cooking mishaps while coordinating next week's game night, or just talk about your day without clogging up a group chat.
• Voice channels make hanging out easy. Grab a seat in a voice channel when you're free. Friends can see you're around and pop in to talk, without having to call.
• Reliable tech for staying close. Low latency voice and video feels like you're in the same room.

STAY CLOSE WITH TEXT, VOICE, AND VIDEO
• Wave hello over video, watch friends stream their games, or gather up and have a drawing session with screen share.
• Turn any image into your own custom emojis and share them with friends.
• Share anything from a funny video to your latest group photos, and pin your favorites to remember later.

https://apps.apple.com/app/discord-talk-chat-hang-out/id985746746

EXHIBIT 5



https://support.discord.com/hc/en-us/articles/115002787571—Mobile-Video-Calls

EXHIBIT 5

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session. Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

EXHIBIT 5

| 24. A server for enabling a wireless device to communicate with the server to initiate a network connection without using a network operator's home location register, wherein the server includes a software application that functions as a calls manager, wherein: | The accused product discloses a server enabling a wireless device (e.g., Smartphone) located in a region and a server for enabling the wireless device to communicate with the server to initiate a network connection (e.g., SIP Invite) without using a network operator's home location register that covers that region, wherein the server includes a software application that functions as a calls manager. |
|---|---|

EXHIBIT 5



https://apps.apple.com/us/app/discord-talk-chat-hang-out/id985746746

EXHIBIT 5

Discord is your place to talk. Create a home for your communities and friends, where you can stay close and have fun over text, voice, and video. Whether you're part of a school club, a gaming group, a worldwide art community, or just a handful of friends that want to spend time, Discord makes it easy to talk every day and hang out more often.

CREATE AN INVITE-ONLY PLACE TO TALK
• Organized text channels give you plenty of room to talk. Share your latest cooking mishaps while coordinating next week's game night, or just talk about your day without clogging up a group chat.
• Voice channels make hanging out easy. Grab a seat in a voice channel when you're free. Friends can see you're around and pop in to talk, without having to call.
• Reliable tech for staying close: Low latency voice and video feels like you're in the same room.

STAY CLOSE WITH TEXT, VOICE, AND VIDEO:
• Wave hello over video, watch friends stream their games, or gather up and have a drawing session with screen share.
• Turn any image into your own custom emojis and share them with friends.
• Share anything from a funny video to your latest group photos, and pin your favorites to remember later.

https://apps.apple.com/us/app/discord-talk-chat-hang-out/id985746746

EXHIBIT 5



EXHIBIT 5

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishement (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session. Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

EXHIBIT 5

| | |
|---|---|
| (a) the wireless device is operable using a module that is responsible for contacting the server to communicate with the server over a wireless link, wherein the device includes the module that is implemented as software and that is downloadable to the device; | The wireless device (e.g., Smartphone) is operable using a module (e.g., Discord application) that is responsible for contacting a server (e.g., Discord Server) to communicate with the server (e.g., Discord Server) over a wireless link (e.g., Wi-Fi link), wherein the wireless device (e.g., Smartphone) includes the module (e.g., Discord application) that is implemented as software and that is downloadable to the wireless device (e.g., Smartphone). |

EXHIBIT 5



EXHIBIT 5

Discord is your place to talk. Create a home for your communities and friends, where you can stay close and have fun over text, voice, and video. Whether you're part of a school club, a gaming group, a worldwide art community, or just a handful of friends that want to spend time, Discord makes it easy to talk every day and hang out more often.

CREATE AN INVITE-ONLY PLACE TO TALK
• Organized text channels give you plenty of room to talk. Share your latest cooking mishaps while coordinating next week's game night, or just talk about your day without clogging up a group chat.
• Voice channels make hanging out easy. Grab a seat in a voice channel when you're free. Friends can see you're around and pop in to talk, without having to call.
• Reliable tech for staying close. Low latency voice and video feels like you're in the same room.

STAY CLOSE WITH TEXT, VOICE, AND VIDEO
• Wave hello over video, watch friends stream their games, or gather up and have a drawing session with screen share.
• Turn any image into your own custom emojis and share them with friends.
• Share anything from a funny video to your latest group photos, and pin your favorites to remember later.

https://apps.apple.com/us/app/discord-talk-chat-hang-out/id985746746

EXHIBIT 5



https://support.discord.com/hc/en-us/articles/115002787571--Mobile-Video-Calls

EXHIBIT 5

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session. Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200 OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

EXHIBIT 5

| (b) the wireless device is operable using the module to send, over the wireless link, data to the server that defines a call request; | The wireless device (e.g., Smartphone) is operable using the module (e.g., Discord application) to send, over the wireless link (e.g., Wi-Fi link), data to the server (e.g., Discord Server) that defines a call request (e.g., Invite signal from caller to server).  |

EXHIBIT 5

https://apps.apple.com/us/app/discord-talk-chat-hang-out/id985746746

Discord is your place to talk. Create a home for your communities and friends, where you can stay close and have fun over text, voice, and video. Whether you're part of a school club, a gaming group, a worldwide art community, or just a handful of friends that want to spend time, Discord makes it easy to talk every day and hang out more often.

CREATE AN INVITE-ONLY PLACE TO TALK
• Organized text channels give you plenty of room to talk. Share your latest cooking mishaps while coordinating next week's game night, or just talk about your day without clogging up a group chat.
• Voice channels make hanging out easy. Grab a seat in a voice channel when you're free. Friends can see you're around and pop in to talk, without having to call.
• Reliable tech for staying close. Low latency voice and video feels like you're in the same room.

STAY CLOSE WITH TEXT, VOICE, AND VIDEO
• Wave hello over video, watch friends stream their games, or gather up and have a drawing session with screen share.
• Turn any image into your own custom emojis and share them with friends.
• Share anything from a funny video to your latest group photos, and pin your favorites to remember later.

https://apps.apple.com/us/app/discord-talk-chat-hang-out/id985746746

EXHIBIT 5



https://support.discord.com/hc/en-us/articles/115002787571--Mobile-Video-Calls

EXHIBIT 5

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session. Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

EXHIBIT 5

| | |
|---|---|
| (c) in response to the call request, the calls manager software included on the server is operable to decide on the appropriate routing to a third party end-user over all available networks for that call request without using that network operator's home or visitor location register. | In response to the call request (e.g., Invite signal from caller to server), the call manager software (e.g., software running at Discord SIP proxy Server to route/manage calls) included on the server (e.g., Discord Server) is operable to decide on the appropriate routing (e.g., Invite signal from server to callee) to a 3rd party end-user (e.g., Other users using Discord) for that call request (e.g., Invite signal from caller to server) without using the network operator's home or visitor location register. |

EXHIBIT 5



EXHIBIT 5

Discord is your place to talk. Create a home for your communities and friends, where you can stay close, and have fun over text, voice, and video. Whether you're part of a school club, a gaming group, a worldwide art community, or just a handful of friends that want to spend time, Discord makes it easy to talk every day and hang out more often.

CREATE AN INVITE-ONLY PLACE TO TALK
• Organized text channels give you plenty of room to talk. Share your latest cooking mishaps while coordinating next week's game night, or just talk about your day without clogging up a group chat.
• Voice channels make hanging out easy. Grab a seat in a voice channel when you're free. Friends can see you're around and pop in to talk, without having to call.
• Reliable tech for staying close. Low latency voice and video feels like you're in the same room.

STAY CLOSE WITH TEXT, VOICE, AND VIDEO
• Wave hello over video, watch friends stream their games, or gather up and have a drawing session with screen share.
• Turn any image into your own custom emojis and share them with friends.
• Share anything from a funny video to your latest group photos, and pin your favorites to remember later.

https://apps.apple.com/app/discord-talk-chat-hang-out/id985746746

EXHIBIT 5



https://support.discord.com/hc/en-us/articles/1 15002787571--Mobile-Video-Calls

EXHIBIT 5

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html