# EXHIBIT G

EXHIBIT 7

| US9369575B2 | Discord Application ("The accused instrumentality") |
|---|---|
| 1. A system for detecting or determining any given "VoIP (Voice over internet protocol) location" of any "VoIP enabled wireless device registered to the system" by extracting any such device's "VoIP address or return path" and storing it and updating it in one or more accessible databases, the system including a server, a VoIP enabled wireless device registered to the server and a software module downloadable from the server to the VoIP enabled wireless device, in which: | A system utilized by the accused instrumentality is a system for detecting or determining any given "VoIP (Voice over internet protocol) location" (e.g., IP address of a user device enabled with Discord application) of any "VoIP enabled wireless device registered to the system" (e.g., a user device such as a smartphone enabled with Discord application) by extracting any such device's "VoIP address or return path" (e.g., IP address of a user device enabled with Discord application) and storing it and updating it in one or more accessible databases (e.g., Discord databases), the system including a server (e.g., Discord server), a VoIP enabled wireless device registered to the server (e.g., a user device such as a smartphone enabled with Discord application) and a software module (e.g., Discord application) downloadable from the server (e.g., Discord server) to the VoIP enabled wireless device (e.g., a user device such as a smartphone enabled with Discord application).<br><br>The system utilized by the accused instrumentality comprises a Discord server, a user device such as a smartphone enabled with Discord application and Discord application. The Discord application can be installed into a user smartphone device. The accused instrumentality also determines and collects IP address (i.e., VoIP address or VoIP location) of the user smartphone device.<br><br> |

EXHIBIT 7

https://discord.com/



https://discord.com/

EXHIBIT 7



https://play.google.com/store/apps/details?id=com.discord&hl=en&gl=US

The accused instrumentality performs voice calling over IP network.

EXHIBIT 7



EXHIBIT 7



where we can see all of our current friends on the list right here

https://www.youtube.com/watch?v=AaqIV1Qs4h8

EXHIBIT 7



https://www.youtube.com/watch?v=X3IvPJFa994

EXHIBIT 7



and also a small preview of the person on the top left

https://www.youtube.com/watch?v=X3ivPJEa994

EXHIBIT 7

Discord is your place to talk. Create a home for your communities and friends, where you can stay close and have fun over text, voice, and video. Whether you're part of a school club, a gaming group, a worldwide art community, or just a handful of friends that want to spend time, Discord makes it easy to talk every day and hang out more often.

CREATE AN INVITE-ONLY PLACE TO TALK
• Organized text channels give you plenty of room to talk. Share your latest cooking mishaps while coordinating next week's game night, or just talk about your day without clogging up a group chat.
• Voice channels make hanging out easy. Grab a seat in a voice channel when you're free. Friends can see you're around and pop in to talk, without having to call
• Reliable tech for staying close. Low latency voice and video feels like you're in the same room.

STAY CLOSE WITH TEXT, VOICE, AND VIDEO
• Wave hello over video, watch friends stream their games, or gather up and have a drawing session with screen share.
• Turn any image into your own custom emojis and share them with friends.
• Share anything from a funny video to your latest group photos, and pin your favorites to remember later

https://play.google.com/store/apps/details?id=com.discord&hl=en&gl=US

EXHIBIT 7

| | |
|---|---|
| | **Information You Provide:** We collect information from you when you voluntarily provide such information, such as when you register for access to the Services or use certain Services. Information we collect may include but not be limited to username, email address, and any messages, images, transient VOIP data (to enable communication delivery only) or other content you send via the chat feature.<br><br>## OTHER INFORMATION:<br><br>• **Data We Collect Automatically:** When you interact with us through the Services, we receive and store certain information such as an IP address, device ID, and your activities within the Services. We may store such information or such information may be included in databases owned and maintained by affiliates, agents or service providers. The Services may use such information and pool it with other information to track, for example, the total number of visitors to our Site, the number of messages users have sent, as well as the sites which refer visitors to Discord. https://discord.com/privacy<br><br>## SECURITY<br><br>We take reasonable steps to protect the information provided via the Services from loss, misuse, and unauthorized access, disclosure, alteration, or destruction. However, no Internet or email transmission is ever fully secure or error free. In particular, email sent to or from the Services may not be secure. Therefore, you should take special care in deciding what information you send to us via email. Please keep this in mind when disclosing any information via the Internet. https://discord.com/privacy |
| (a) the system is adapted to receive | The system utilized by the accused instrumentality is the system which is adapted to receive VoIP |

EXHIBIT 7

| VoIP communications from multiple VoIP enabled wireless devices; | communications (e.g., voice calling over IP network) from multiple VoIP enabled wireless devices (e.g., user devices such as smartphones or laptops enabled with Discord application).<br><br>The accused instrumentality provides voice calling functionality over IP network between users. |
| --- | --- |

EXHIBIT 7



https://play.google.com/store/apps/details?id=com.discord&hl=en&gl=US

The accused instrumentality performs voice calling over IP network.

EXHIBIT 7

## STARTING A CALL

Now that we're camera-ready and ready to go, the next step is to start a call and chat. You can start a call directly in a DM or in a server (as long as you have the permissions to do so)!

In a DM, you can press the video icon in the top header to directly start a Video Call!

If you want to only hang out in voice and screen share, or you don't feel like sharing your video immediately, you can click on the phone icon to start off in a Voice call!



If you're in a Server:
– For more information on how to start a video call and/or screen share in a server, check out this Server Video article and this Sharing your Screen with Go Live article!

## ENABLING VIDEO AND SCREENSHARE

Now that we're here, there's a few different bits and pieces to maneuver through to get the most out of our face-to-face conversation stuff. Let's break it down!

## ■ VIDEO

To start sharing your video in a call, press the ■ Turn on Camera button in the call panel!

And whenever you want to end your video stream, you can press the ■ camera button once more to Turn off Camera!

https://support.discord.com/hc/en-us/articles/115000982752-Screensharing-Video-Calls-in-DMs

EXHIBIT 7



where we can see all of our current friends on the list right here

https://www.youtube.com/watch?v=AaqJV1Qs4h8

EXHIBIT 7



https://www.youtube.com/watch?v=X3IyPJFn994

EXHIBIT 7



https://www.youtube.com/watch?v=X3IvPJFn994

EXHIBIT 7

Discord is your place to talk. Create a home for your communities and friends, where you can stay close and have fun over text, voice, and video. Whether you're part of a school club, a gaming group, a worldwide art community, or just a handful of friends that want to spend time, Discord makes it easy to talk every day and hang out more often.

CREATE AN INVITE-ONLY PLACE TO TALK
• Organized text channels give you plenty of room to talk. Share your latest cooking mishaps while coordinating next week's game night, or just talk about your day without clogging up a group chat.
• Voice channels make hanging out easy. Grab a seat in a voice channel when you're free. Friends can see you're around and pop in to talk, without having to call.
• Reliable tech for staying close. Low latency voice and video feels like you're in the same room.

STAY CLOSE WITH TEXT, VOICE, AND VIDEO.
• Wave hello over video, watch friends stream their games, or gather up and have a drawing session with screen share.
• Turn any image into your own custom emojis and share them with friends.
• Share anything from a funny video to your latest group photos, and pin your favorites to remember later

https://play.google.com/store/apps/details?id=com.discord&hl=en&gl=US

EXHIBIT 7

**Information You Provide:** We collect information from you when you voluntarily provide such information, such as when you register for access to the Services or use certain Services. Information we collect may include but not be limited to username, email address, and any messages, images, transient VOIP data (to enable communication delivery only) or other content you send via the chat feature.

## OTHER INFORMATION:

• **Data We Collect Automatically.** When you interact with us through the Services, we receive and store certain information such as an IP address, device ID, and your activities within the Services. We may store such information or such information may be included in databases owned and maintained by affiliates, agents or service providers. The Services may use such information and pool it with other information to track, for example, the total number of visitors to our Site, the number of messages users have sent, as well as the sites which refer visitors to Discord. https://discord.com/privacy

EXHIBIT 7



https://www.routerfreak.com/how-voip-apps-skype-whatsapp-facebook-messenger-work/

| (b) the system enables access to information in one or more databases; | The system utilized by the accused instrumentality is the system which enables access to information in one or more databases.<br><br>Upon information and belief, when a user initiate a call request for a contact, the system utilized by the accused instrumentality access one or more databases associated with Discord server to determine the user identification and/or device identification corresponding to the called contact. The system determines the status of the contacted user's device and forwards the call to the corresponding IP address associated with the contacted user.<br><br>The system updates the user's activity and log information in the corresponding databases. |
|---|---|

EXHIBIT 7



https://play.google.com/store/apps/details?id=com.discord&hl=en&gl=US

The accused instrumentality performs voice calling over IP network.

EXHIBIT 7



### STARTING A CALL

Now that we're camera-ready and ready to go, the next step is to start a call and chat. You can start a call directly in a DM or in a server (as long as you have the permissions to do so)!

In a DM, you can press the video icon in the top header to directly start a Video Call!

If you want to only hang out in voice and screen share, or you don't feel like sharing your video immediately, you can click on the phone icon to start off in a Voice call!

If you're in a Server:
—For more information on how to start a video call and/or screen share in a server, check out this Server Video article and this Sharing your Screen with Go Live article!

### ENABLING VIDEO AND SCREENSHARE

Now that we're here—there's a few different bits and pieces to maneuver through to get the most out of our face-to-face conversation stuff. Let's break it down:

### VIDEO

To start sharing your video in a call, press the Turn on Camera button in the call panel!

And whenever you want to end your video stream, you can press the camera button once more to Turn off Camera!

https://support.discord.com/hc/en-us/articles/115000982752-Screensharing-Video-Calls-in-DMs

EXHIBIT 7



https://www.youtube.com/watch?v=AqqJV1Qs4b8

EXHIBIT 7



https://www.youtube.com/watch?v=X3IyPJFa994

EXHIBIT 7



and also a small preview of the person on the top left

https://www.youtube.com/watch?v=X3IyPJFn994

EXHIBIT 7

Discord is your place to talk. Create a home for your communities and friends, where you can stay close and have fun over text, voice, and video. Whether you're part of a school club, a gaming group, a worldwide art community, or just a handful of friends that want to spend time, Discord makes it easy to talk every day and hang out more often.

CREATE AN INVITE-ONLY PLACE TO TALK
• Organized text channels give you plenty of room to talk. Share your latest cooking mishaps while coordinating next week's game night, or just talk about your day without clogging up a group chat.
• Voice channels make hanging out easy. Grab a seat in a voice channel when you're free. Friends can see you're around and pop in to talk, without having to call.
• Reliable tech for staying close. Low latency voice and video feels like you're in the same room.

STAY CLOSE WITH TEXT, VOICE, AND VIDEO.
• Wave hello over video, watch friends stream their games, or gather up and have a drawing session with screen share.
• Turn any image into your own custom emojis and share them with friends.
• Share anything from a funny video to your latest group photos, and pin your favorites to remember later

https://play.google.com/store/apps/details?id=com.discord&hl=en&gl=US

EXHIBIT 7

| | |
|---|---|
| | **Information You Provide:** We collect information from you when you voluntarily provide such information, such as when you register for access to the Services or use certain Services. Information we collect may include but not be limited to username, email address, and any messages, images, transient VOIP data (to enable communication delivery only) or other content you send via the chat feature.<br><br>**OTHER INFORMATION:**<br><br>• **Data We Collect Automatically** When you interact with us through the Services, we receive and store certain information such as an IP address, device ID, and your activities within the Services. We may store such information or such information may be included in databases owned and maintained by affiliates, agents or service providers. The Services may use such information and pool it with other information to track, for example, the total number of visitors to our Site, the number of messages users have sent, as well as the sites which refer visitors to Discord. https://discord.com/privacy<br><br>**SECURITY**<br><br>We take reasonable steps to protect the information provided via the Services from loss, misuse, and unauthorized access, disclosure, alteration, or destruction. However, no Internet or email transmission is ever fully secure or error free. In particular, email sent to or from the Services may not be secure. Therefore, you should take special care in deciding what information you send to us via email. Please keep this in mind when disclosing any information via the Internet. https://discord.com/privacy |
| (c) the system is capable of extracting | The system utilized by the accused instrumentality is the system which is capable of extracting and |

EXHIBIT 7

| and reporting dynamically the "VoIP address or return path" and all associated information from each incoming data communication from any "VoIP enabled wireless device registered to the system" into a database(s) associated with each corresponding registered VoIP enabled wireless device user account; | reporting dynamically the "VoIP address or return path" (e.g., IP address of a user device enabled with Discord application) and all associated information (e.g., all information collected by the accused instrumentality) from each incoming data communication from any "VoIP enabled wireless device registered to the system" (e.g., a user device such as a smartphone enabled with Discord application) into a database(s) associated with each corresponding registered VoIP enabled wireless device (e.g., a user device such as a smartphone enabled with Discord application) user account. |
|---|---|
| | The accused instrumentality extracts and updates a user device enabled with Discord application's IP address. The accused instrumentality stores the IP address, call log information, device identifiers in the databases corresponding to the user. |

EXHIBIT 7



https://play.google.com/store/apps/details?id=com.discord&hl=en&gl=US

The accused instrumentality performs voice calling over IP network.

EXHIBIT 7



**STARTING A CALL**

Now that we're camera-ready and ready to go, the next step is to start a call and chat. You can start a call directly in a DM or in a server (as long as you have the permissions to do so)!

In a DM, you can press the video icon in the top header to directly start a Video Call!

If you want to only hang out in voice and screen share, or you don't feel like sharing your video immediately, you can click on the phone icon to start off in a Voice call!

Clyde's Cousin

If you're in a Server:
– For more information on how to start a video call and/or screen share in a server, check out this Server Video article and this Sharing your Screen with Go Live article!

**ENABLING VIDEO AND SCREENSHARE**

Now that we're here– there's a few different bits and pieces to maneuver through to get the most out of our face-to-face conversation stuff. Let's break it down:

**VIDEO**

To start sharing your video in a call, press the ■ Turn on Camera button in the call panel!

And whenever you want to end your video stream, you can press this ■ camera button once more to Turn off Camera!

https://support.discord.com/hc/en-us/articles/115000982752-Screensharing-Video-Calls-in-DMs

EXHIBIT 7



where we can see all of our current friends on the list right here

https://www.youtube.com/watch?v=AeoJVIQs4h8

EXHIBIT 7



https://www.youtube.com/watch?v=X3IyPJFn994

EXHIBIT 7



and also a small preview of the person on the top left

https://www.youtube.com/watch?v=X3IyPJFg994

EXHIBIT 7

Discord is your place to talk. Create a home for your communities and friends, where you can stay close and have fun over text, voice, and video. Whether you're part of a school club, a gaming group, a worldwide art community, or just a handful of friends that want to spend time, Discord makes it easy to talk every day and hang out more often.

CREATE AN INVITE-ONLY PLACE TO TALK
• Organized text channels give you plenty of room to talk. Share your latest cooking mishaps while coordinating next week's game night, or just talk about your day without clogging up a group chat.
• Voice channels make hanging out easy. Grab a seat in a voice channel when you're free. Friends can see you're around and pop in to talk without having to call.
• Reliable tech for staying close. Low latency voice and video feels like you're in the same room.

STAY CLOSE WITH TEXT, VOICE, AND VIDEO.
• Wave hello over video, watch friends stream their games, or gather up and have a drawing session with screen share.
• Turn any image into your own custom emojis and share them with friends.
• Share anything from a funny video to your latest group photos, and pin your favorites to remember later

https://play.google.com/store/apps/details?id=com.discord&hl=en&gl=US

EXHIBIT 7

| | |
|---|---|
| | **Information You Provide:** We collect information from you when you voluntarily provide such information, such as when you register for access to the Services or use certain Services. Information we collect may include but not be limited to username, email address, and any messages, images, transient VOIP data (to enable communication delivery only) or other content you send via the chat feature.<br><br>## OTHER INFORMATION:<br><br>• **Data We Collect Automatically.** When you interact with us through the Services, we receive and store certain information such as an IP address, device ID, and your activities within the Services. We may store such information or such information may be included in databases owned and maintained by affiliates, agents or service providers. The Services may use such information and pool it with other information to track, for example, the total number of visitors to our Site, the number of messages users have sent, as well as the sites which refer visitors to Discord. https://discord.com/privacy<br><br>## SECURITY<br><br>We take reasonable steps to protect the information provided via the Services from loss, misuse, and unauthorized access, disclosure, alteration, or destruction. However, no Internet or email transmission is ever fully secure or error free. In particular, email sent to or from the Services may not be secure. Therefore, you should take special care in deciding what information you send to us via email. Please keep this in mind when disclosing any information via the Internet. https://discord.com/privacy |
| (d) the system is capable of extracting | The accused system utilized by the accused instrumentality is the system which is capable of extracting |

EXHIBIT 7

| a specific "VoIP address or return path" and all associated information corresponding to a specific registered VoIP enabled wireless device user account from the system accessible database(s) and communicating with each specific VoIP enabled wireless device registered to the system through each specific "VoIP address or return path"; | a specific "VoIP address or return path" (e.g., an IP address of a user device such as a smartphone enabled with Discord application) and all associated information (e.g., device information, hardware information, online status information, etc.) corresponding to a specific registered VoIP enabled wireless device user account (e.g., a user device such as a smartphone enabled with Discord application) from the system accessible database(s) and communicating with each specific VoIP enabled wireless device (e.g., user device of the called contact such as a smartphone enabled with Discord application) registered to the system through each specific "VoIP address or return path" (e.g., an IP address of the user device of the called contact such as a smartphone enabled with Discord application). |
|---|---|
| | The accused instrumentality provides voice calling functionality over IP network between users. The accused instrumentality extracts and updates IP addresses of the user devices in its databases. The accused instrumentality enables a user to call a contact by extracting the contacted user's IP address and initiating call procedure corresponding to that IP address. |

EXHIBIT 7



https://play.google.com/store/apps/details?id=com.discord&hl=en&gl=US

The accused instrumentality performs voice calling over IP network.

EXHIBIT 7



### STARTING A CALL

Now that we're camera-ready and ready to go, the next step is to start a call and chat. You can start a call directly in a DM or in a server (as long as you have the permissions to do so)!

In a DM, you can press the video icon in the top header to directly start a Video Call!

If you want to only hang out in voice and screenshare, or you don't feel like sharing your video immediately, you can click on the phone icon to start off in a Voice call!

If you're in a Server:
- For more information on how to start a video call and/or screen share in a server, check out this Server Video article and this Sharing your Screen with Go Live article!

### ENABLING VIDEO AND SCREENSHARE

Now that we're here- there's a few different bits and pieces to maneuver through to get the most out of our face-to-face conversation stuff. Let's break it down:

### VIDEO

To start sharing your video in a call, press the Turn on Camera button in the call panel!.

And whenever you want to end your video stream, you can press the camera button once more to Turn off Camera!

https://support.discord.com/hc/en-us/articles/115000982752-Screensharing-Video-Calls-in-DMs

EXHIBIT 7



https://www.youtube.com/watch?v=Anq1V1Qs4h8

EXHIBIT 7



https://www.youtube.com/watch?v=X3TvPJFa994

EXHIBIT 7



and also a small preview of the person on the top left

https://www.youtube.com/watch?v=X3tvPJFn994

EXHIBIT 7

Discord is your place to talk. Create a home for your communities and friends, where you can stay close and have fun over text, voice, and video. Whether you're part of a school club, a gaming group, a worldwide art community, or just a handful of friends that want to spend time, Discord makes it easy to talk every day and hang out more often.

CREATE AN INVITE-ONLY PLACE TO TALK
• Organized text channels give you plenty of room to talk. Share your latest cooking mishaps while coordinating next week's game night, or just talk about your day without clogging up a group chat.
• Voice channels make hanging out easy. Grab a seat in a voice channel when you're free. Friends can see you're around and pop in to talk without having to call.
• Reliable tech for staying close. Low latency voice and video feels like you're in the same room.

STAY CLOSE WITH TEXT, VOICE AND VIDEO.
• Wave hello over video, watch friends stream their games, or gather up and have a drawing session with screen share.
• Turn any image into your own custom emojis and share them with friends.
• Share anything from a funny video to your latest group photos, and pin your favorites to remember later.

https://play.google.com/store/apps/details?id=com.discord&hl=en&gl=US

EXHIBIT 7

**Information You Provide:** We collect information from you when you voluntarily provide such information, such as when you register for access to the Services or use certain Services. Information we collect may include but not be limited to username, email address, and any messages, images, transient VOIP data (to enable communication delivery only) or other content you send via the chat feature.

## OTHER INFORMATION:

- **Data We Collect Automatically:** When you interact with us through the Services, we receive and store certain information such as an IP address, device ID, and your activities within the Services. We may store such information or such information may be included in databases owned and maintained by affiliates, agents or service providers. The Services may use such information and pool it with other information to track, for example, the total number of visitors to our Site, the number of messages users have sent, as well as the sites which refer visitors to Discord. https://discord.com/privacy

## SECURITY

We take reasonable steps to protect the information provided via the Services from loss, misuse, and unauthorized access, disclosure, alteration, or destruction. However, no Internet or email transmission is ever fully secure or error free. In particular, email sent to or from the Services may not be secure. Therefore, you should take special care in deciding what information you send to us via email. Please keep this in mind when disclosing any information via the Internet.
https://discord.com/privacy

EXHIBIT 7

| | |
|---|---|
| | Voice over Internet Protocol refers to the standards that facilitate voice-based phone calls using an internet connection instead of a local telephone company.<br><br>Voice over IP converts your voice into a digital signal, compresses it, and sends it over the Internet. A VoIP service provider sets up the call between all participants. On the receiving end, the digital data is then uncompressed into the sound that you hear through your handset or speakerphone.<br><br>People opt for VoIP because they can make phone calls without any telephone service, which saves them on long-distance charges. If you have internet access, you don't need to run any extra copper wires. This lets employees work from home or telecommute to the office as well.<br><br>To call someone using VoIP, you need a SIP-compatible desk phone or a VoIP calling app, which means it is assigned an IP address so that calls can be made from your network. Unlike landline phones, they are capable of high-definition (HD) phone calls.<br>https://www.nextiva.com/blog/how-does-voip-work.html |

EXHIBIT 7



https://www.routerfreak.com/how-voip-apps-skype-whatsapp-facebook-messenger-work/

| (e) in which the VoIP enabled wireless device registered to the server incorporates the software module, which at certain time intervals authenticates and connects to the server which is part of the system, and | The system utilized by the accused instrumentality practices such that the VoIP enabled wireless device (e.g., a user device such as a smartphone enabled with Discord application) registered to the server (e.g., Discord server) incorporates the software module (e.g., Discord application), which at certain time intervals (e.g., Discord app polls the Discord server after regular intervals) authenticates and connects to the server (e.g., Discord server) which is part of the system.<br><br>AS shown below, a user verifies its Username with the system utilized by the accused instrumentality to access the service provided by the system. The system authenticates the user and connects the user to the Discord server. |
|---|---|

EXHIBIT 7



https://play.google.com/store/apps/details?id=com.discord&hl=en&gl=US

The accused instrumentality performs voice calling over IP network.

EXHIBIT 7



https://support.discord.com/he/en-us/articles/360046618751-Getting-Started-on-Mobile

EXHIBIT 7



https://www.youtube.com/watch?v=X3IyPJPa994

EXHIBIT 7



and also a small preview of the person on the top left

https://www.youtube.com/watch?v=X3IyPJFa994

EXHIBIT 7

## SECURITY

We take reasonable steps to protect the Information provided via the Services from loss, misuse, and unauthorized access, disclosure, alteration, or destruction. However, no Internet or email transmission is ever fully secure or error free. In particular, email sent to or from the Services may not be secure. Therefore, you should take special care in deciding what information you send to us via email. Please keep this in mind when disclosing any information via the Internet.
https://discord.com/privacy

Upon information and belief, a user device enabled with Discord application periodically re-engages with the Discord server for any further updates. As shown below, an android/iOS application periodically authenticates a user device with the help of an account manager or token, The Discord server authenticates the user device enabled with Discord application periodically.

### Regular Repeated Pings

For apps that require data updates at regular intervals, tools like Google Cloud Messenger should be used to push this information down to the app. Building your own service often results in polling in the background by setting an alarm for every x minutes, then waking up the radio and downloading your data. This does not seem like a big deal, but imagine an app that pings the server for updates every 3 minutes. Extrapolate this out —your app will make 480 connections every 24 hours. Throw in a 10 second state machine timer, and now these "harmless" connections are

https://books.google.co.in/books?id=K5nJCgAAQBAJ&pg=PT279&lpg=PT279#v=onepage&q&f=false

EXHIBIT 7

The optimal frequency of regular updates will vary based on device state, network connectivity, user behavior, and explicit user preferences.

Optimizing battery life discusses how to build battery-efficient apps that modify their refresh frequency based on the state of the host device. That includes disabling background service updates when you lose connectivity and reducing the rate of updates when the battery level is low.

This lesson will examine how your refresh frequency can be varied to best mitigate the effect of background updates on the underlying wireless radio state machine.

## Use Firebase Cloud Messaging as an alternative to polling

Every time your app polls your server to check if an update is required, you activate the wireless radio, drawing power unnecessarily, for up to 20 seconds on a typical 3G connection.

Firebase Cloud Messaging (FCM) is a lightweight mechanism used to transmit data from a server to a particular app instance. Using FCM, your server can notify your app running on a particular device that there is new data available for it.

Compared to polling, where your app must regularly ping the server to query for new data, this event-driven model allows your app to create a new connection only when it knows there is data to download. The model minimizes unnecessary connections and reduces latency when updating information within your app.
https://developer.android.com/training/efficient-downloads/regular_updates

EXHIBIT 7

## Firebase Cloud Messaging

iOS 🔷 </> C++ ◁

Firebase Cloud Messaging (FCM) is a cross-platform messaging solution that lets you reliably send messages at no cost.

Using FCM, you can notify a client app that new email or other data is available to sync. You can send notification messages to drive user re-engagement and retention. For use cases such as instant messaging, a message can transfer a payload of up to 4KB to a client app.

Using deprecated Google Cloud Messaging APIs? Learn more about how to migrate to FCM.

https://firebase.google.com/docs/cloud-messaging/



EXHIBIT 7

Applications typically try to remember the user using one of three techniques:

1. Ask the user to type in a username,
2. Retrieve a unique device ID to remember the device,
3. Retrieve a built-in account from 'Account Manager'.

Option (1) is problematic. First, asking the user to type something before entering your app will automatically make your app less appealing. Second, there's no guarantee that the username chosen will be unique.

Option (2) is less onerous for the user, but it's tricky to get right. More importantly, it only allows you to remember the user on one device. Imagine the frustration of someone who upgrades to a shiny new device, only to find that your app no longer remembers them.

Option (3) is the preferred technique. Account Manager allows you to get information about the accounts that are stored on the user's device. As we'll see in this lesson, using Account Manager lets you remember your user, no matter how many devices the user may own, by adding just a couple of extra taps to your UI.

https://developer.android.com/training/id-auth/identify

EXHIBIT 7

Many servers support some notion of an *authentication token*, which can be used to authenticate a request to the server without sending the user's actual password. (Auth tokens are normally created with a separate request which does include the user's credentials.) AccountManager can generate auth tokens for applications, so the application doesn't need to handle passwords directly. Auth tokens are normally reusable and cached by AccountManager, but must be refreshed periodically. It's the responsibility of applications to *invalidate* auth tokens when they stop working so the AccountManager knows it needs to regenerate them.

Applications accessing a server normally go through these steps:

- Get an instance of AccountManager using `get(android.content.Context)`.
- List the available accounts using `getAccountsByType(String)` or `getAccountsByTypeAndFeatures(String, String[], AccountManagerCallback, Handler)`. Normally applications will only be interested in accounts with one particular type, which identifies the authenticator. Account *features* are used to identify particular account subtypes and capabilities. Both the account type and features are authenticator-specific strings, and must be known by the application in coordination with its preferred authenticators.

https://developer.android.com/reference/android/accounts/AccountManager

EXHIBIT 7



| (f) wherein a time between each time interval of the registered VoIP enabled wireless device authenticating and connecting with the server is less than a time allowed by the registered | The system utilized by the accused instrumentality practices such that a time between each time interval of the registered VoIP enabled wireless device (e.g., a user device such as a smartphone enabled with Discord application) authenticating and connecting with the server (e.g., Discord server) is less than a time allowed by the registered VoIP enabled wireless device (e.g., a user device such as a smartphone enabled with Discord application) to receive a response from the server (e.g., Discord server). |

EXHIBIT 7

| VoIP enabled wireless device to receive a response from the server. | When a user device such as a smartphone enabled with Discord application, during a Discord voice call, switches from cellular network to Wi-Fi network or vice versa, the IP address of the user device changes. The accused instrumentality provides seamless and smooth voice calling functionality even when the user device changes the network. The accused instrumentality must take less time to authenticate and connect the user device with a new IP address to the Discord server than a time allowed by the user device to receive a voice calling response from the server to ensure no data packet loss. |
|---|---|

EXHIBIT 7



https://play.google.com/store/apps/details?id=com.discord&hl=en&gl=US

The accused instrumentality performs voice calling over IP network.

EXHIBIT 7



## STARTING A CALL

Now that we're camera-ready and ready to go, the next step is to start a call and chat. You can start a call directly in a DM or in a server (as long as you have the permissions to do so)!

In a DM, you can press the video icon in the top header to directly start a Video Call!

If you want to only hang out in voice and screen share, or you don't feel like sharing your video immediately, you can click on the phone icon to start off in a Voice call!

If you're in a Server:
✔️ For more information on how to start a video call and/or screen share in a server, check out this Server Video article and this Sharing your Screen with Go Live article!

## ENABLING VIDEO AND SCREENSHARE

Now that we're here- there's a few different bits and pieces to maneuver through to get the most out of our face-to-face conversation stuff. Let's break it down!

## ◼ VIDEO

To start sharing your video in a call, press the ◼ Turn on Camera button in the call panel

And whenever you want to end your video stream, you can press the ◼ camera button once more to Turn off Camera!

https://support.discord.com/hc/en-us/articles/115000982752-Screensharing-Video-Calls-in-DMs

EXHIBIT 7



where we can see all of our current friends on the list right here

https://www.youtube.com/watch?v=AnqJVJQs4b8

EXHIBIT 7



https://www.youtube.com/watch?v=X3lyPJFn994

EXHIBIT 7



and also a small preview of the person on the top left

https://www.youtube.com/watch?v=X31vPJFa994

EXHIBIT 7

Discord is your place to talk. Create a home for your communities and friends, where you can stay close and have fun over text, voice, and video. Whether you're part of a school club, a gaming group, a worldwide art community, or just a handful of friends that want to spend time, Discord makes it easy to talk every day and hang out more often.

CREATE AN INVITE-ONLY PLACE TO TALK
• Organized text channels give you plenty of room to talk. Share your latest cooking mishaps while coordinating next week's game night, or just talk about your day without clogging up a group chat.
• Voice channels make hanging out easy. Grab a seat in a voice channel when you're free. Friends can see you're around and pop in to talk without having to call.
• Reliable tech for staying close. Low latency voice and video feels like you're in the same room.

STAY CLOSE WITH TEXT, VOICE, AND VIDEO:
• Wave hello over video, watch friends stream their games, or gather up and have a drawing session with screen share.
• Turn any image into your own custom emojis and share them with friends.
• Share anything from a funny video to your latest group photos, and pin your favorites to remember later.

https://play.google.com/store/apps/details?id=com.discord&hl=en&gl=US

EXHIBIT 7

**Information You Provide:** We collect information from you when you voluntarily provide such information, such as when you register for access to the Services or use certain Services. Information we collect may include but not be limited to username, email address, and any messages, images, transient VOIP data (to enable communication delivery only) or other content you send via the chat feature.

## OTHER INFORMATION:

• **Data We Collect Automatically:** When you interact with us through the Services, we receive and store certain information such as an IP address, device ID, and your activities within the Services. We may store such information or such information may be included in databases owned and maintained by affiliates, agents or service providers. The Services may use such information and pool it with other information to track, for example, the total number of visitors to our Site, the number of messages users have sent, as well as the sites which refer visitors to Discord. https://discord.com/privacy

As shown below, an exemplary application manages network connectivity.

EXHIBIT 7

Class that answers queries about the state of network connectivity. It also notifies applications when network connectivity changes.

The primary responsibilities of this class are to:

1. Monitor network connections (Wi-Fi, GPRS, UMTS, etc.)

2. Send broadcast intents when network connectivity changes

3. Attempt to "fail over" to another network when connectivity to a network is lost

4. Provide an API that allows applications to query the coarse-grained or fine-grained state of the available networks

5. Provide an API that allows applications to request and select networks for their data traffic

https://developer.android.com/reference/android/net/ConnectivityManager#EXTRA_IS_FAILOVER

If this is a connection that was the result of failing over from a disconnected network, then the FAILOVER_CONNECTION boolean extra is set to true.

For a loss of connectivity, if the connectivity manager is attempting to connect (or has already connected) to another network, the NetworkInfo for the new network is also passed as an extra. This lets any receivers of the broadcast know that they should not necessarily tell the user that no data traffic will be possible. Instead, the receiver should expect another broadcast soon, indicating either that the failover attempt succeeded (and so there is still overall data connectivity), or that the failover attempt failed, meaning that all connectivity has been lost.

https://developer.android.com/reference/android/net/ConnectivityManager#EXTRA_IS_FAILOVER

EXHIBIT 7

### Detect connection changes

The final piece of the puzzle is the `BroadcastReceiver` subclass, `NetworkReceiver`. When the device's network connection changes, `NetworkReceiver` intercepts the action `CONNECTIVITY_ACTION`, determines what the network connection status is, and sets the flags `wifiConnected` and `mobileConnected` to true/false accordingly. The upshot is that the next time the user returns to the app, the app will only download the latest feed and update the display if `NetworkActivity.refreshDisplay` is set to `true`.

Setting up a `BroadcastReceiver` that gets called unnecessarily can be a drain on system resources. The sample application registers the `BroadcastReceiver` `NetworkReceiver` in `onCreate()`, and it unregisters it in `onDestroy()`. This is more lightweight than declaring a `<receiver>` in the manifest. When you declare a `<receiver>` in the manifest, it can wake up your app at any time, even if you haven't run it for weeks. By registering and unregistering `NetworkReceiver` within the main activity, you ensure that the app won't be woken up after the user leaves the app. If you do declare a `<receiver>` in the manifest and you know exactly where you need it, you can use `setComponentEnabledSetting()` to enable and disable it as appropriate.

https://developer.android.com/training/basics/network-ops/managing