# EXHIBIT H

EXHIBIT 8

| US9591551 | Discord Application ("The Accused Product") |
|---|---|
| I. Computer program product embodied on a non-transitory storage medium, the computer program product when executing on a wireless device configured to enable the wireless device, when located in a region, to initiate a network connection without using a network operator's home location register that covers that region, the computer program product configured to: | The accused product discloses a computer program product (e.g., Discord) embodied on a non-transitory storage medium (e.g., Smartphone's memory), the computer program product (e.g., Discord) when executing on a wireless device (e.g., Smartphone) configured to enable the wireless device (e.g., Smartphone), when located in a region, to initiate a network connection (e.g., SIP Invite) without using a network operator's home location register that covers that region.

The accused product uses Internet or IP network for calling. Hence, it bypasses network operator's home location register as Wi-Fi or internet based calling does not require home location register (HLR). |

EXHIBIT 8



https://apps.apple.com/us/app/discord-talk-chat-hang-out/id985746746

EXHIBIT 8

Discord is your place to talk. Create a home for your communities and friends, where you can stay close and have fun over text, voice, and video. Whether you're part of a school club, a gaming group, a worldwide art community, or just a handful of friends that want to spend time, Discord makes it easy to talk every day and hang out more often.

CREATE AN INVITE-ONLY PLACE TO TALK
• Organized text channels give you plenty of room to talk. Share your latest cooking mishaps while coordinating next week's game night, or just talk about your day without clogging up a group chat.
• Voice channels make hanging out easy. Grab a seat in a voice channel when you're free. Friends can see you're around and pop in to talk, without having to call.
• Reliable tech for staying close. Low latency voice and video feels like you're in the same room.

STAY CLOSE WITH TEXT, VOICE, AND VIDEO
• Wave hello over video, watch friends stream their games, or gather up and have a drawing session with screen share.
• Turn any image into your own custom emojis and share them with friends.
• Share anything from a funny video to your latest group photos, and pin your favorites to remember later.

https://apps.apple.com/us/app/discord-talk-chat-hang-out/id985746746

EXHIBIT 8



https://support.discord.com/hc/en-us/articles/115002787571--Mobile-Video-Calls

EXHIBIT 8

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishement (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session. Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| (a) contact a server to communicate with the server | The accused product discloses contact a server (e.g., Discord Server) to communicate with the server (e.g., Discord Server) over a wireless link (e.g., Wi-Fi or 4G link). |

EXHIBIT 8

over a wireless
link, and



https://apps.apple.com/us/app/discord-talk-chat-hang-out/id985746746

EXHIBIT 8

Discord is your place to talk. Create a home for your communities and friends, where you can stay close and have fun over text, voice, and video. Whether you're part of a school club, a gaming group, a worldwide art community, or just a handful of friends that want to spend time, Discord makes it easy to talk every day and hang out more often.

CREATE AN INVITE-ONLY PLACE TO TALK
• Organized text channels give you plenty of room to talk. Share your latest cooking mishaps while coordinating next week's game night, or just talk about your day without clogging up a group chat.
• Voice channels make hanging out easy. Grab a seat in a voice channel when you're free. Friends can see you're around and pop in to talk, without having to call.
• Reliable tech for staying close. Low latency voice and video feels like you're in the same room.

STAY CLOSE WITH TEXT, VOICE, AND VIDEO
• Wave hello over video, watch friends stream their games, or gather up and have a drawing session with screen share.
• Turn any image into your own custom emojis and share them with friends.
• Share anything from a funny video to your latest group photos, and pin your favorites to remember later.

https://apps.apple.com/us/app/discord-talk-chat-hang-out/id985746746

EXHIBIT 8



https://support.discord.com/hc/en-us/articles/115002787571—Mobile-Video-Calls

EXHIBIT 8

| | |
|---|---|
| | INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishement (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page). <br><br> The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition. <br><br>  <br><br> https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html |
| (b) send, over the wireless link, data to the server | The accused product sends, over the wireless link (e.g., Wi-Fi or 4G link), data to the server (e.g., Discord Server) that defines a call request (e.g., invite signal from caller to server). |

EXHIBIT 8

| | |
|---|---|
| that defines a call request; |  |

EXHIBIT 8

Discord is your place to talk. Create a home for your communities and friends, where you can stay close and have fun over text, voice, and video. Whether you're part of a school club, a gaming group, a worldwide art community, or just a handful of friends that want to spend time, Discord makes it easy to talk every day and hang out more often.

CREATE AN INVITE-ONLY PLACE TO TALK
• Organized text channels give you plenty of room to talk. Share your latest cooking mishaps while coordinating next week's game night, or just talk about your day without clogging up a group chat.
• Voice channels make hanging out easy. Grab a seat in a voice channel when you're free. Friends can see you're around and pop in to talk, without having to call.
• Reliable tech for staying close. Low latency voice and video feels like you're in the same room.

STAY CLOSE WITH TEXT, VOICE, AND VIDEO.
• Wave hello over video, watch friends stream their games, or gather up and have a drawing session with screen share.
• Turn any image into your own custom emojis and share them with friends.
• Share anything from a funny video to your latest group photos, and pin your favorites to remember later.

https://apps.apple.com/us/app/discord-talk-chat-hang-out/id985746746

EXHIBIT 8



EXHIBIT 8

|  | INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session. Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end, but in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html |
| wherein, in response to the call request, a software | In response to the call request (e.g., Invite signal from caller to server), a software application (e.g., software running at Discord SIP proxy Server to route/manage calls) running on the server (e.g., Discord Server) decides on the appropriate routing (e.g., Invite signal from server to callee) to a 3rd party end-user (e.g., Other users using Discord) for that call request (e.g., Invite signal from caller to server) without using the network operator's home or visitor location register. |

EXHIBIT 8

| application running on the server decides on the appropriate routing to a 3rd party end-user for that call request without using the network operator's home or visitor location register. |  |

https://apps.apple.com/us/app/discord-talk-chat-hang-out/id985746746

EXHIBIT 8

Discord is your place to talk. Create a home for your communities and friends, where you can stay close and have fun over text, voice, and video. Whether you're part of a school club, a gaming group, a worldwide art community, or just a handful of friends that want to spend time, Discord makes it easy to talk every day and hang out more often.

CREATE AN INVITE-ONLY PLACE TO TALK
• Organized text channels give you plenty of room to talk. Share your latest cooking mishaps while coordinating next week's game night, or just talk about your day without clogging up a group chat.
• Voice channels make hanging out easy. Grab a seat in a voice channel when you're free. Friends can see you're around and pop in to talk, without having to call.
• Reliable tech for staying close. Low latency voice and video feels like you're in the same room.

STAY CLOSE WITH TEXT, VOICE, AND VIDEO
• Wave hello over video, watch friends stream their games, or gather up and have a drawing session with screen share.
• Turn any image into your own custom emojis and share them with friends.
• Share anything from a funny video to your latest group photos, and pin your favorites to remember later.

https://apps.apple.com/us/app/discord-talk-chat-hang-out/id985746746

EXHIBIT 8



https://support.discord.com/hc/en-us/articles/115002787571--Mobile-Video-Calls

EXHIBIT 8

| | |
|---|---|
| | INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishement (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session. Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)<br><br>The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.<br><br><br><br>https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html |
| 3. Computer program product of claim 1, wherein the | The computer program product (e.g., Discord) is downloadable (e.g., install) to the wireless device (e.g., Smartphone). |

EXHIBIT 8



| computer program product is downloadable to the wireless device. | |
| --- | --- |
| 4. Computer program product of claim 1, | The computer program product (e.g., Discord) is embedded to the wireless device (e.g., Smartphone). |

https://apps.apple.com/us/app/discord-talk-chat-hang-out/id985746746

EXHIBIT 8

| wherein the computer program product is embedded in the wireless device. |  |
|---|---|
| 5. Computer program product of claim 1, | Computer program product (e.g., Discord) uses an application server (e.g., Discord Server). |

EXHIBIT 8

wherein the
server is an
application
server.



https://apps.apple.com/us/app/discord-talk-chat-hang-out/id985746746

EXHIBIT 8

Discord is your place to talk. Create a home for your communities and friends, where you can stay close and have fun over text, voice, and video. Whether you're part of a school club, a gaming group, a worldwide art community, or just a handful of friends that want to spend time, Discord makes it easy to talk every day and hang out more often.

CREATE AN INVITE-ONLY PLACE TO TALK
• Organized text channels give you plenty of room to talk. Share your latest cooking mishaps while coordinating next week's game night, or just talk about your day without clogging up a group chat.
• Voice channels make hanging out easy. Grab a seat in a voice channel when you're free. Friends can see you're around and pop in to talk, without having to call.
• Reliable tech for staying close. Low latency voice and video feels like you're in the same room.

STAY CLOSE WITH TEXT, VOICE, AND VIDEO
• Wave hello over video, watch friends stream their games, or gather up and have a drawing session with screen share.
• Turn any image into your own custom emojis and share them with friends.
• Share anything from a funny video to your latest group photos, and pin your favorites to remember later.

https://apps.apple.com/us/app/discord-talk-chat-hang-out/id985746746

EXHIBIT 8



https://support.discord.com/hc/en-us/articles/115002787571--Mobile-Video-Calls

EXHIBIT 8

| | |
|---|---|
| | INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session. Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session, is to be established. (If you are not familiar with what Session means, refer to Session page)<br><br>The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.<br><br><br><br>https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html |
| 7. Computer program product of claim 1, wherein the | Computer program product (e.g., Discord) uses the wireless device (e.g., Smartphone) uses the internet (e.g., Wi-Fi) to communicate with the server (e.g., Discord Server). |

EXHIBIT 8



EXHIBIT 8

Discord is your place to talk. Create a home for your communities and friends, where you can stay close and have fun over text, voice, and video. Whether you're part of a school club, a gaming group, a worldwide art community, or just a handful of friends that want to spend time, Discord makes it easy to talk every day and hang out more often.

CREATE AN INVITE-ONLY PLACE TO TALK
• Organized text channels give you plenty of room to talk. Share your latest cooking mishaps while coordinating next week's game night, or just talk about your day without clogging up a group chat.
• Voice channels make hanging out easy. Grab a seat in a voice channel when you're free. Friends can see you're around and pop in to talk, without having to call.
• Reliable tech for staying close. Low latency voice and video feels like you're in the same room.

STAY CLOSE WITH TEXT, VOICE, AND VIDEO
• Wave hello over video, watch friends stream their games, or gather up and have a drawing session with screen share.
• Turn any image into your own custom emojis and share them with friends.
• Share anything from a funny video to your latest group photos, and pin your favorites to remember later.

https://apps.apple.com/us/app/discord-talk-chat-hang-out/id985746746

EXHIBIT 8



EXHIBIT 8

| 9. Computer program product of claim 1, wherein the computer program product is configured to receive calls at the wireless device. | The computer program product (e.g., Discord) is configured to receive calls (e.g., voice calls) at the wireless device (e.g., Smartphone).  https://apps.apple.com/us/app/discord-talk-chat-hang-out/id985746746 |

EXHIBIT 8

Discord is your place to talk. Create a home for your communities and friends, where you can stay close and have fun over text, voice, and video. Whether you're part of a school club, a gaming group, a worldwide art community, or just a handful of friends that want to spend time, Discord makes it easy to talk every day and hang out more often.

CREATE AN INVITE-ONLY PLACE TO TALK
• Organized text channels give you plenty of room to talk. Share your latest cooking mishaps while coordinating next week's game night, or just talk about your day without clogging up a group chat.
• Voice channels make hanging out easy. Grab a seat in a voice channel when you're free. Friends can see you're around and pop in to talk, without having to call.
• Reliable tech for staying close. Low latency voice and video feels like you're in the same room.

STAY CLOSE WITH TEXT, VOICE, AND VIDEO
• Wave hello over video, watch friends stream their games, or gather up and have a drawing session with screen share.
• Turn any image into your own custom emojis and share them with friends.
• Share anything from a funny video to your latest group photos, and pin your favorites to remember later.

https://apps.apple.com/us/app/discord-talk-chat-hang-out/id985746746

EXHIBIT 8



https://support.discord.com/hc/en-us/articles/115002787571--Mobile-Video-Calls

EXHIBIT 8

| | |
|---|---|
| | INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session. Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)<br><br>The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.<br><br><br><br>https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html |
| 11. Computer program product of claim 1, wherein the | The network connection (e.g., SIP Invite) for that call is not limited to a voice connection, but includes also the transfer of any media assets, including data-, video- and audio files, web pages, and data-, video- and audio streaming. |

EXHIBIT 8



EXHIBIT 8

Discord is your place to talk. Create a home for your communities and friends, where you can stay close and have fun over text, voice, and video. Whether you're part of a school club, a gaming group, a worldwide art community, or just a handful of friends that want to spend time, Discord makes it easy to talk every day and hang out more often.

CREATE AN INVITE-ONLY PLACE TO TALK
• Organized text channels give you plenty of room to talk. Share your latest cooking mishaps while coordinating next week's game night, or just talk about your day without clogging up a group chat.
• Voice channels make hanging out easy. Grab a seat in a voice channel when you're free. Friends can see you're around and pop in to talk, without having to call.
• Reliable tech for staying close. Low latency voice and video feels like you're in the same room.

STAY CLOSE WITH TEXT, VOICE, AND VIDEO
• Wave hello over video, watch friends stream their games, or gather up and have a drawing session with screen share.
• Turn any image into your own custom emojis and share them with friends.
• Share anything from a funny video to your latest group photos, and pin your favorites to remember later.

https://apps.apple.com/us/app/discord-talk-chat-hang-out/id985746746

EXHIBIT 8



https://support.discord.com/hc/en-us/articles/115002787571--Mobile-Video-Calls

EXHIBIT 8

| 12. Computer program product of claim 1, wherein the computer program product is configured to provide messages over the internet, or HTTP over the internet communication from the wireless device to the server. | The computer-program product (e.g., Discord) is configured to provide messages (e.g., text message) over the internet (e.g., Wi-Fi) from the wireless device (e.g., Smartphone) to the server (Discord Server).  |



https://apps.apple.com/us/app/discord-talk-chat-hang-out/id985746746

EXHIBIT 8

Discord is your place to talk. Create a home for your communities and friends, where you can stay close and have fun over text, voice, and video. Whether you're part of a school club, a gaming group, a worldwide art community, or just a handful of friends that want to spend time, Discord makes it easy to talk every day and hang out more often.

**CREATE AN INVITE-ONLY PLACE TO TALK**
• Organized text channels give you plenty of room to talk. Share your latest cooking mishaps while coordinating next week's game night, or just talk about your day without clogging up a group chat.
• Voice channels make hanging out easy. Grab a seat in a voice channel when you're free. Friends can see you're around and pop in to talk, without having to call.
• Reliable tech for staying close. Low latency voice and video feels like you're in the same room.

**STAY CLOSE WITH TEXT, VOICE, AND VIDEO**
• Wave hello over video, watch friends stream their games, or gather up and have a drawing session with screen share.
• Turn any image into your own custom emojis and share them with friends.
• Share anything from a funny video to your latest group photos, and pin your favorites to remember later.

https://apps.apple.com/us/app/discord-talk-chat-hang-out/id985746746

EXHIBIT 8



https://support.discord.com/hc/en-us/articles/115002787571—Mobile-Video-Calls

EXHIBIT 8

| 13. Computer program product of claim 12, wherein the computer program product is configured to receive at the wireless device manually user-entered data required by the server. | The computer program product (e.g., Discord) is configured to receive at the wireless device (e.g., Smartphone) manually user-entered data (e.g., Discord login details) required by the server (e.g., Discord Server).<br><br><br><br>https://Discord.com/signin#/signin |
|---|---|
| 14. Computer program product of claim 1, wherein the | The computer program product is configured to establish and control communication (e.g., SIP communication) between the wireless device (e.g., Smartphone) and the server (e.g., Discord Server). |

EXHIBIT 8

| computer program product is configured to establish and control communication between the wireless device and the server. | INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over-IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer.etc) are going on in a session. Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)<br><br>The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.<br><br><br><br>https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html |
|---|---|
| 22. A method of enabling a wireless device. | The accused product discloses a method of enabling a wireless device (e.g., Smartphone), located in a region, to initiate a network connection (e.g., SIP Invite) without using a network operator's home location register that covers that region. |

EXHIBIT 8

| located in a region, to initiate a network connection without using a network operator's home location register that covers that region, comprising the steps of: | The accused product uses Internet or IP network for calling. Hence, it bypasses network operator's home location register as Wi-Fi or internet based calling does not require home location register (HLR).  |

https://apps.apple.com/us/app/discord-talk-chat-hang-out/id985746746

EXHIBIT 8

Discord is your place to talk. Create a home for your communities and friends, where you can stay close and have fun over text, voice, and video. Whether you're part of a school club, a gaming group, a worldwide art community, or just a handful of friends that want to spend time, Discord makes it easy to talk every day and hang out more often.

CREATE AN INVITE-ONLY PLACE TO TALK
• Organized text channels give you plenty of room to talk. Share your latest cooking mishaps while coordinating next week's game night, or just talk about your day without clogging up a group chat.
• Voice channels make hanging out easy. Grab a seat in a voice channel when you're free. Friends can see you're around and pop in to talk, without having to call.
• Reliable tech for staying close. Low latency voice and video feels like you're in the same room.

STAY CLOSE WITH TEXT, VOICE, AND VIDEO
• Wave hello over video, watch friends stream their games, or gather up and have a drawing session with screen share.
• Turn any image into your own custom emojis and share them with friends.
• Share anything from a funny video to your latest group photos, and pin your favorites to remember later.

https://apps.apple.com/us/app/discord-talk-chat-hang-out/id985746746

EXHIBIT 8



https://support.discord.com/hc/en-us/articles/115002787571--Mobile-Video-Calls

EXHIBIT 8

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session. Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition..



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| (n) the wireless device using a module that is responsible for | The wireless device (e.g., Smartphone) using a module (e.g., Discord application) that is responsible for contacting a server (e.g., Discord Server) to communicate with the server (e.g., Discord Server) over a wireless link (e.g., Wi-Fi link), wherein the wireless device (e.g., Smartphone) includes the module (e.g., Discord application) that is implemented as software and that is downloadable to the wireless device (e.g., Smartphone). |
| --- | --- |

EXHIBIT 8



contacting a server to communicate with the server over a wireless link, wherein the wireless device includes the module that is implemented as software and that is downloadable to the wireless device;

https://apps.apple.com/us/app/discord-talk-chat-hang-out/id985746746

EXHIBIT 8

Discord is your place to talk. Create a home for your communities and friends, where you can stay close and have fun over text, voice, and video. Whether you're part of a school club, a gaming group, a worldwide art community, or just a handful of friends that want to spend time, Discord makes it easy to talk every day and hang out more often.

CREATE AN INVITE-ONLY PLACE TO TALK
• Organized text channels give you plenty of room to talk. Share your latest cooking mishaps while coordinating next week's game night, or just talk about your day without clogging up a group chat.
• Voice channels make hanging out easy. Grab a seat in a voice channel when you're free. Friends can see you're around and pop in to talk, without having to call.
• Reliable tech for staying close. Low latency voice and video feels like you're in the same room.

STAY CLOSE WITH TEXT, VOICE, AND VIDEO
• Wave hello over Video, watch friends stream their games, or gather up and have a drawing session with screen share.
• Turn any image into your own custom emojis and share them with friends.
• Share anything from a funny video to your latest group photos, and pin your favorites to remember later.

https://apps.apple.com/us/app/discord-talk-chat-hang-out/id985746746

EXHIBIT 8



https://support.discord.com/hc/en-us/articles/115002787571--Mobile-Video-Calls

EXHIBIT 8

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| (b) the wireless device using the module to send, over the wireless | The wireless device (e.g., Smartphone) using the module (e.g., Discord application) to send, over the wireless link (e.g., Wi-Fi link), data to the server (e.g., Discord Server) that defines a call request (e.g., Invite signal from caller to server). |
|---|---|

EXHIBIT 8



EXHIBIT 8

Discord is your place to talk. Create a home for your communities and friends, where you can stay close and have fun over text, voice, and video. Whether you're part of a school club, a gaming group, a worldwide art community, or just a handful of friends that want to spend time, Discord makes it easy to talk every day and hang out more often.

CREATE AN INVITE-ONLY PLACE TO TALK
• Organized text channels give you plenty of room to talk. Share your latest cooking mishaps while coordinating next week's game night, or just talk about your day without clogging up a group chat.
• Voice channels make hanging out easy. Grab a seat in a voice channel when you're free. Friends can see you're around and pop in to talk, without having to call.
• Reliable tech for staying close. Low latency voice and video feels like you're in the same room.

STAY CLOSE WITH TEXT, VOICE, AND VIDEO
• Wave hello over video, watch friends stream their games, or gather up and have a drawing session with screen share.
• Turn any image into your own custom emojis and share them with friends.
• Share anything from a funny video to your latest group photos, and pin your favorites to remember later.

https://apps.apple.com/us/app/discord-talk-chat-hang-out/id985746746

EXHIBIT 8



https://support.discord.com/hc/en-us/articles/115002787571--Mobile-Video-Calls

EXHIBIT 8

| | INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishement (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)<br><br>The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.<br><br><br><br>https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html |
|---|---|
| (c) in response to the call request, a software application | In response to the call request (e.g., Invite signal from caller to server), a software application (e.g., software running at Discord SIP proxy Server to route/manage calls) running on the server (e.g., Discord Server) deciding on the appropriate routing (e.g., Invite signal from server to callee) to a 3rd party end-user (e.g., Other users using Discord) for that call request (e.g., Invite signal from caller to server) without using the network operator's home or visitor location register. |

EXHIBIT 8



running on the server deciding on the appropriate routing to a 3rd party end-user for that call request without using the network operator's home or visitor location register.

Discord - Talk, Chat, Hang Out
Friends, Communities & Gaming
Discord, Inc.

https://apps.apple.com/us/app/discord-talk-chat-hang-out/id985746746

EXHIBIT 8

Discord is your place to talk. Create a home for your communities and friends, where you can stay close and have fun over text, voice, and video. Whether you're part of a school club, a gaming group, a worldwide art community, or just a handful of friends that want to spend time, Discord makes it easy to talk every day and hang out more often.

CREATE AN INVITE-ONLY PLACE TO TALK
• Organized text channels give you plenty of room to talk. Share your latest cooking mishaps while coordinating next week's game night, or just talk about your day without clogging up a group chat.
• Voice channels make hanging out easy. Grab a seat in a voice channel when you're free. Friends can see you're around and pop in to talk, without having to call.
• Reliable tech for staying close. Low latency voice and video feels like you're in the same room.

STAY CLOSE WITH TEXT, VOICE, AND VIDEO
• Wave hello over video, watch friends stream their games, or gather up and have a drawing session with screen share.
• Turn any image into your own custom emojis and share them with friends.
• Share anything from a funny video to your latest group photos, and pin your favorites to remember later.

https://apps.apple.com/us/app/discord-talk-chat-hang-out/id985746746

EXHIBIT 8



https://support.discord.com/hc/en-us/articles/115002787571--Mobile-Video-Calls

EXHIBIT 8

| | |
|---|---|
| | INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishement (e.g., SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session. Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end, But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)<br><br>The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to HD VoLTE with PreCondition.<br><br><br><br>https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html |
| 23. A system comprising a wireless device located in a | The accused product discloses a system comprising a wireless device (e.g., Smartphone) located in a region and a server (e.g., Discord Server) for enabling the wireless device (e.g., Smartphone) to communicate with the server (e.g., Discord Server) to initiate a network connection (e.g., SIP Invite) without using a network operator's home location register that |

EXHIBIT 8

| region and a server for enabling the wireless device to communicate with the server to initiate a network connection without using a network operator's home location register that covers that region, wherein the server includes a software application that functions as a calls manager, wherein: | covers that region, wherein the server includes a software application (e.g., software running at Discord SIP proxy Server to route/manage calls) that functions as a calls manager.  |

EXHIBIT 8

Discord is your place to talk. Create a home for your communities and friends, where you can stay close and have fun over text, voice, and video. Whether you're part of a school club, a gaming group, a worldwide art community, or just a handful of friends that want to spend time, Discord makes it easy to talk every day and hang out more often.

CREATE AN INVITE-ONLY PLACE TO TALK
• Organized text channels give you plenty of room to talk. Share your latest cooking mishaps while coordinating next week's game night, or just talk about your day without clogging up a group chat.
• Voice channels make hanging out easy. Grab a seat in a voice channel when you're free. Friends can see you're around and pop in to talk, without having to call.
• Reliable tech for staying close. Low latency voice and video feels like you're in the same room.

STAY CLOSE WITH TEXT, VOICE, AND VIDEO
• Wave hello over video, watch friends stream their games, or gather up and have a drawing session with screen share.
• Turn any image into your own custom emojis and share them with friends.
• Share anything from a funny video to your latest group photos, and pin your favorites to remember later.

https://apps.apple.com/us/app/discord-talk-chat-hang-out/id985746746

EXHIBIT 8



https://support.discord.com/hc/en-us/articles/115002787571--Mobile-Video-Calls

EXHIBIT 8

| | INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session. Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)<br><br>The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.<br><br><br><br>https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html |
|---|---|
| (a) the wireless device is operable using a module that is | The wireless device (e.g., Smartphone) is operable using a module (e.g., Discord application) that is responsible for contacting a server (e.g., Discord Server) to communicate with the server (e.g., Discord Server) over a wireless link (e.g., Wi-Fi link), wherein the wireless device (e.g., Smartphone) includes the module (e.g., Discord application) that is implemented as software and that is downloadable to the wireless device (e.g., Smartphone). |

EXHIBIT 8

| | |
|---|---|
| responsible for contacting the server to communicate with the server over a wireless link, wherein the wireless device includes the module that is implemented as software and that is downloadable to the wireless device; |  |

EXHIBIT 8

Discord is your place to talk. Create a home for your communities and friends, where you can stay close and have fun over text, voice, and video. Whether you're part of a school club, a gaming group, a worldwide art community, or just a handful of friends that want to spend time, Discord makes it easy to talk every day and hang out more often.

CREATE AN INVITE-ONLY PLACE TO TALK
• Organized text channels give you plenty of room to talk. Share your latest cooking mishaps while coordinating next week's game night, or just talk about your day without clogging up a group chat.
• Voice channels make hanging out easy. Grab a seat in a voice channel when you're free. Friends can see you're around and pop in to talk, without having to call.
• Reliable tech for staying close. Low latency voice and video feels like you're in the same room.

STAY CLOSE WITH TEXT, VOICE, AND VIDEO
• Wave hello over video, watch friends stream their games, or gather up and have a drawing session with screen share.
• Turn any image into your own custom emojis and share them with friends.
• Share anything from a funny video to your latest group photos, and pin your favorites to remember later.

https://apps.apple.com/us/app/discord-talk-chat-hang-out/id985746746

EXHIBIT 8



https://support.discord.com/hc/en-us/articles/115002787571—Mobile-Video-Calls

EXHIBIT 8

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g., SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session. Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| (b) the wireless device is operable using the module to | The wireless device (e.g., Smartphone) is operable using the module (e.g., Discord application) to send, over the wireless link (e.g., Wi-Fi link), data to the server (e.g., Discord Server) that defines a call request (e.g., Invite signal from caller to server). |
| --- | --- |

EXHIBIT 8



EXHIBIT 8

Discord is your place to talk. Create a home for your communities and friends, where you can stay close and have fun over text, voice, and video. Whether you're part of a school club, a gaming group, a worldwide art community, or just a handful of friends that want to spend time, Discord makes it easy to talk every day and hang out more often.

CREATE AN INVITE-ONLY PLACE TO TALK
• Organized text channels give you plenty of room to talk. Share your latest cooking mishaps while coordinating next week's game night, or just talk about your day without clogging up a group chat.
• Voice channels make hanging out easy. Grab a seat in a voice channel when you're free. Friends can see you're around and pop in to talk, without having to call.
• Reliable tech for staying close. Low latency voice and video feels like you're in the same room.

STAY CLOSE WITH TEXT, VOICE, AND VIDEO
• Wave hello over video, watch friends stream their games, or gather up and have a drawing session with screen share.
• Turn any image into your own custom emojis and share them with friends.
• Share anything from a funny video to your latest group photos, and pin your favorites to remember later.

https://apps.apple.com/us/app/discord-talk-chat-hang-out/id985746746

EXHIBIT 8



https://support.discord.com/hc/en-us/articles/115002787571--Mobile-Video-Calls

EXHIBIT 8

| | |
|---|---|
| | INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g., SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g., VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200 OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)<br><br>The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.<br><br><br><br>https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html |
| (c) in response to the call request, the calls manager software | In response to the call request (e.g., Invite signal from caller to server), the call manager software (e.g., software running at Discord SIP proxy Server to route/manage calls) included on the server (e.g., Discord Server) is operable to decide on the appropriate routing (e.g., Invite signal from server to callee) to a 3rd party end-user (e.g., Other users using Discord) for that call request (e.g., Invite signal from caller to server) without using the network operator's home or visitor location register: |

EXHIBIT 8



included on the server is operable to decide on the appropriate routing to a 3rd party end-user for that call request without using the network operator's home or visitor location register.

https://apps.apple.com/us/app/discord-talk-chat-hang-out/id985746746

EXHIBIT 8

Discord is your place to talk. Create a home for your communities and friends, where you can stay close and have fun over text, voice, and video. Whether you're part of a school club, a gaming group, a worldwide art community, or just a handful of friends that want to spend time, Discord makes it easy to talk every day and hang out more often.

CREATE AN INVITE-ONLY PLACE TO TALK
• Organized text channels give you plenty of room to talk. Share your latest cooking mishaps while coordinating next week's game night, or just talk about your day without clogging up a group chat.
• Voice channels make hanging out easy. Grab a seat in a voice channel when you're free. Friends can see you're around and pop in to talk, without having to call.
• Reliable tech for staying close. Low latency voice and video feels like you're in the same room.

STAY CLOSE WITH TEXT, VOICE, AND VIDEO
• Wave hello over video, watch friends stream their games, or gather up and have a drawing session with screen share.
• Turn any image into your own custom emojis and share them with friends.
• Share anything from a funny video to your latest group photos, and pin your favorites to remember later.

https://apps.apple.com/us/app/discord-talk-chat-hang-out/id985746746

EXHIBIT 8



EXHIBIT 8

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g. SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File/Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to NO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| 24. A server for enabling a wireless device to communicate | The accused product discloses a server enabling a wireless device (e.g., Smartphone) located in a region and a server for enabling the wireless device to communicate with the server to initiate a network connection (e.g., SIP Invite) without using a network operator's home location register that covers that region, wherein the server includes a software application (e.g., software running at Discord SIP proxy Server to route/manage calls) that functions as a calls manager. |
| --- | --- |

EXHIBIT 8

| with the server to initiate a network connection without using a network operator's home location register, wherein the server includes a software application that functions as a calls manager, wherein: |  |

https://apps.apple.com/us/app/discord-talk-chat-hang-out/id985746746

EXHIBIT 8

Discord is your place to talk. Create a home for your communities and friends, where you can stay close and have fun over text, voice, and video. Whether you're part of a school club, a gaming group, a worldwide art community, or just a handful of friends that want to spend time, Discord makes it easy to talk every day and hang out more often.

CREATE AN INVITE-ONLY PLACE TO TALK
• Organized text channels give you plenty of room to talk. Share your latest cooking mishaps while coordinating next week's game night, or just talk about your day without clogging up a group chat.
• Voice channels make hanging out easy. Grab a seat in a voice channel when you're free. Friends can see you're around and pop in to talk, without having to call.
• Reliable tech for staying closer. Low latency voice and video feels like you're in the same room.

STAY CLOSE WITH TEXT, VOICE, AND VIDEO
• Wave hello over video, watch friends stream their games, or gather up and have a drawing session with screen share.
• Turn any image into your own custom emojis and share them with friends.
• Share anything from a funny video to your latest group photos, and pin your favorites to remember later.

https://apps.apple.com/us/app/discord-talk-chat-hang-out/id985746746

EXHIBIT 8



https://support.discord.com/hc/en-us/articles/115002787571--Mobile-Video-Calls

EXHIBIT 8

| | |
|---|---|
| | INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session. Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)<br><br>The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.<br><br><br><br>https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html |
| (a) the wireless device is operable using a module that is | The wireless device (e.g., Smartphone) is operable using a module (e.g., Discord application) that is responsible for contacting a server (e.g., Discord Server) to communicate with the server (e.g., Discord Server) over a wireless link (e.g., Wi-Fi link), wherein the wireless device (e.g., Smartphone) includes the module (e.g., Discord application) that is implemented as software and that is downloadable to the wireless device (e.g., Smartphone). |

EXHIBIT 8



| responsible for contacting the server to communicate with the server over a wireless link, wherein the wireless device includes the module that is implemented as software and that is downloadable to the wireless device; | |

.

EXHIBIT 8

Discord is your place to talk. Create a home for your communities and friends, where you can stay close and have fun over text, voice, and video. Whether you're part of a school club, a gaming group, a worldwide art community, or just a handful of friends that want to spend time, Discord makes it easy to talk every day and hang out more often.

CREATE AN INVITE-ONLY PLACE TO TALK
• Organized text channels give you plenty of room to talk. Share your latest cooking mishaps while coordinating next week's game night, or just talk about your day without clogging up a group chat.
• Voice channels make banging out easy. Grab a seat in a voice channel when you're free. Friends can see you're around and pop in to talk, without having to call.
• Reliable tech for staying close. Low latency voice and video feels like you're in the same room.

STAY CLOSE WITH TEXT, VOICE, AND VIDEO
• Wave hello over video, watch friends stream their games, or gather up and have a drawing session with screen share.
• Turn any image into your own custom emojis and share them with friends.
• Share anything from a funny video to your latest group photos, and pin your favorites to remember later.

https://apps.apple.com/us/app/discord-talk-hang-out/id985746746

EXHIBIT 8



https://support.discord.com/hc/en-us/articles/115002787571--Mobile-Video-Calls

EXHIBIT 8

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishement (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| | |
|---|---|
| (b) the wireless device is operable using the module to | The wireless device (e.g., Smartphone) is operable using the module (e.g., Discord application) to send, over the wireless link (e.g., Wi-Fi link), data to the server (e.g., Discord Server) that defines a call request (e.g., Invite signal from caller to server). |

EXHIBIT 8



| send, over the wireless link, data to the server that defines a call request; |

EXHIBIT 8

Discord is your place to talk. Create a home for your communities and friends, where you can stay close and have fun over text, voice, and video. Whether you're part of a school club, a gaming group, a worldwide art community, or just a handful of friends that want to spend time, Discord makes it easy to talk every day and hang out more often.

CREATE AN INVITE-ONLY PLACE TO TALK
• Organized text channels give you plenty of room to talk. Share your latest cooking mishaps while coordinating next week's game night, or just talk about your day without clogging up a group chat.
• Voice channels make hanging out easy. Grab a seat in a voice channel when you're free. Friends can see you're around and pop in to talk, without having to call.
• Reliable tech for staying close. Low latency voice and video feels like you're in the same room.

STAY CLOSE WITH TEXT, VOICE, AND VIDEO
• Wave hello over video, watch friends stream their games, or gather up and have a drawing session with screen share.
• Turn any image into your own custom emojis and share them with friends.
• Share anything from a funny video to your latest group photos, and pin your favorites to remember later.

https://apps.apple.com/us/app/discord-talk-hang-out/id985746746

EXHIBIT 8



https://support.discord.com/hc/en-us/articles/115002787571--Mobile-Video-Calls

EXHIBIT 8

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session. Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| (c) in response to the call request, the calls manager software | In response to the call request (e.g., Invite signal from caller to server), the call manager software (e.g., software running at Discord SIP proxy Server to route/manage calls) included on the server (e.g., Discord Server) is operable to decide on the appropriate routing (e.g., Invite signal from server to callee) to a 3rd party end-user (e.g., Other users using Discord) for that call request (e.g., Invite signal from caller to server) without using the network operator's home or visitor location register. |

EXHIBIT 8



| included on the server is operable to decide on the appropriate routing to a 3rd party end-user for that call request without using that network operator's home or visitor location register. | |

EXHIBIT 8

Discord is your place to talk. Create a home for your communities and friends, where you can stay close and have fun over text, voice, and video. Whether you're part of a school club, a gaming group, a worldwide art community, or just a handful of friends that want to spend time, Discord makes it easy to talk every day and hang out more often.

CREATE AN INVITE-ONLY PLACE TO TALK
• Organized text channels give you plenty of room to talk. Share your latest cooking mishaps while coordinating next week's game night, or just talk about your day without clogging up a group chat.
• Voice channels make hanging out easy. Grab a seat in a voice channel when you're free. Friends can see you're around and pop in to talk, without having to call.
• Reliable tech for staying close. Low latency voice and video feels like you're in the same room.

STAY CLOSE WITH TEXT, VOICE, AND VIDEO
• Wave hello over video, watch friends stream their games, or gather up and have a drawing session with screen share.
• Turn any image into your own custom emojis and share them with friends.
• Share anything from a funny video to your latest group photos, and pin your favorites to remember later.

https://apps.apple.com/us/app/discord-talk-chat-hang-out/id985746746

EXHIBIT 8



https://support.discord.com/hc/en-us/articles/115002787571--Mobile-Video-Calls

EXHIBIT 8

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishement (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session. Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200 OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition..



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html