**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **CORETEK LICENSING LLC,** | |
| Plaintiff, | Civil Action No. |
| v. | |
| **DISCORD INC.,** | **TRIAL BY JURY DEMANDED** |
| Defendant. | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Coretek Licensing LLC ("Coretek") states that it is a limited liability company. It does not have a parent corporation and no publicly held corporation owns ten percent (10%) or more of its stock.

Dated: February 26, 2021

Respectfully submitted,

CHONG LAW FIRM PA

*/s/ Jimmy Chong*
Jimmy Chong (#4839)
2961 Centerville Road, Suite 350
Wilmington, DE 19808
Telephone: (302) 999-9480
Facsimile: (877) 796-4627
Email: chong@chonglawfirm.com

ATTORNEY FOR PLAINTIFF