IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CORETEK LICENSING LLC,                )
                                      )
                    Plaintiff,        )
                                      )
        v.                            )   C.A. No. 21-304 (MN) (CJB)
                                      )
DISCORD INC.,                         )
                                      )
                    Defendant.        )

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that

the time for Defendant Discord Inc. to answer, move or otherwise respond to the Complaint (D.I.

1) is extended until April 26, 2021.

CHONG LAW FIRM PA                         MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jimmy Chong*                         */s/ Andrew M. Moshos*
_____          _____
Jimmy Chong (#4839)                       Jack B. Blumenfeld (#1014)
2961 Centerville Road, Suite 350          Andrew Moshos (#6685)
Wilmington, DE  19808                     1201 North Market Street
(302) 999-9480                            P.O. Box 1347
chong@chonglawfirm.com                    Wilmington, DE  19899
                                          (302) 658-9200
*Attorneys for Plaintiff*                 jblumenfeld@morrisnichols.com
                                          amoshos@morrisnichols.com

                                          *Attorneys for Defendant*

March 24, 2021


        SO ORDERED this____day of March, 2021.


                            _____
                            Magistrate Judge