IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORETEK LICENSING LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-304 (MN) (CJB) |
| | ) | |
| DISCORD INC., | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT DISCORD INC.'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE AND 35 U.S.C. § 101, AND JOINDER IN FREE CONFERENCING CORPORATION'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

Defendant Discord Inc. ("Discord") hereby moves to dismiss Plaintiff Coretek Licensing LLC's ("Coretek") Complaint (D.I. 1) pursuant to Federal Rule of Civil Procedure 12(b)(6) and 35 U.S.C. § 101. In support of this motion, Discord joins Defendant Free Conferencing Corporation's ("Free Conferencing") Motion to Dismiss for Failure to State a Claim filed in the case captioned *Coretek Licensing LLC v. FreeConferenceCall.com, Inc.* C.A. No. 20-1597 (MN) (CJB) (D. Del.) (the "FreeConferenceCall.com Action"), D.I. 9-10.

The same Asserted Patents and claims are at issue in the FreeConferenceCall.com Action. On December 22, 2020, Free Conferencing filed a motion to dismiss under Rule 12(b)(6) and 35 U.S.C. § 101 on the ground that the Asserted Patents are invalid as directed to patent-ineligible subject matter. FreeConferenceCall.com Action, D.I. 9-10. To avoid duplicative briefing and to minimize the burden on this Court, Discord joins Free Conferencing's Motion to Dismiss and all briefing filed in support thereof.

For the reasons set forth in Free Conferencing's Motion to Dismiss and supporting briefing, the claims of the Asserted Patents are directed to patent-ineligible subject matter and are therefore invalid under 35 U.S.C. § 101. Discord hereby joins Free Conferencing's Motion

to Dismiss under Rule 12(b)(6) of the Federal Rules of Civil Procedure and 35 U.S.C. § 101, and requests that the Court dismiss Coretek's claims against Discord with prejudice.

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | */s/ Andrew M. Moshos* |
|  | Jack B. Blumenfeld (#1014)<br>Andrew Moshos (#6685)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>amoshos@morrisnichols.com |
| OF COUNSEL: |  |
| Clem S. Roberts<br>Alyssa Caridis<br>Evan Brewer<br>ORRICK HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025-1015<br>(650) 614-7400 | *Attorneys for Defendant* |

April 26, 2021

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORETEK LICENSING LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-304 (MN) (CJB) |
| | ) |
| DISCORD INC., | ) |
| | ) |
| Defendant. | ) |

## [PROPOSED] ORDER

WHEREAS, Defendant Discord Inc., having moved to dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) and 35 U.S.C. § 101 (the "Motion"), and

WHEREAS, the Court having considered the Motion and any opposition thereto,

IT IS HEREBY ORDERED this ___ day of _____, 2021 that the Motion is **GRANTED** and Plaintiff Coretek Licensing LLC's Complaint is **DISMISSED WITH PREJUDICE**.

_____
The Honorable Maryellen Noreika

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 26, 2021, upon the following in the manner indicated:

| | |
|---|---|
| Jimmy Chong, Esquire<br>CHONG LAW FIRM PA<br>2961 Centerville Road, Suite 350<br>Wilmington, DE  19808<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Andrew M. Moshos*

Andrew M. Moshos (#6685)