IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORETEK LICENSING LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-304 (MN) (CJB) |
| | ) | |
| DISCORD INC., | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT DISCORD INC.'S CORPORATE DISCLOSURE STATEMENT
<u>PURSUANT TO FED. R. CIV. P. 7.1</u>**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Discord Inc., through its counsel of record, states that it has no parent corporation, and that no publicly held corporation owns 10% or more of its stock.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Andrew M. Moshos*

Jack B. Blumenfeld (#1014)
Andrew Moshos (#6685)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
amoshos@morrisnichols.com

*Attorneys for Defendant*

OF COUNSEL:

Clem S. Roberts
Alyssa Caridis
Evan Brewer
ORRICK HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025-1015
(650) 614-7400

April 26, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 26, 2021 upon the following in the manner indicated:

| | |
|---|---|
| Jimmy Chong, Esquire<br>CHONG LAW FIRM PA<br>2961 Centerville Road, Suite 350<br>Wilmington, DE 19808<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Andrew M. Moshos*

Andrew M. Moshos (#6685)