June 1, 2021

**VIA CM/ECF**
Honorable Christopher J. Burke
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street – Unit 28
Room 2325
Wilmington, Delaware 19801-3555

>   RE: *Coretek Licensing LLC v. FreeConferenceCall.com, Inc.*
>   Civil Action No. 1:20-cv-01597-MN-CJB
>   *Coretek Licensing LLC v. Discord, Inc.*
>   Civil Action No. 1:21-cv-00304-MN-CJB

Dear Judge Burke:

Pursuant to the Court's May 27, 2021 Oral Order (D.I. 24), Plaintiff Coretek Licensing LLC ("Coretek") and Defendants Free Conferencing Corporation ("Free Conferencing") and Discord, Inc. ("Discord") (collectively, the "Parties") have conferred and hereby submit this letter as a status report as to whether it is possible for the Court to address the Motions to Dismiss on Section 101 grounds in both cases at the same time.

Coretek will file an Amended Complaint in the 1:20-cv-01597 matter no later than Thursday, June 3, 2021 to mirror the Amended Complaint previously filed in the 1:21-cv-00304 matter. Plaintiff Coretek believes that the Amended Complaint will bring the records into similar condition to allow the Court to rule on the pending Motion to Dismiss; however, Coretek does not believe the Amended Complaint will have a substantive effect on the issues and arguments presented in the Motion and the responses thereto.

Accordingly, the Parties believe that the Motion is ripe for decision and agree that the outcome thereof will apply equally in both identified matters, subject to any appeals that may be taken. However, for the avoidance of doubt, the Parties will separately renew their Motions, Responses, and Replies thereto subsequent the filing of the Amended Complaint. The Parties further agree that the time for filing and/or renewing the same shall be as follows:
- Motions to Dismiss in both cases shall be renewed within 14 days of the filing of the Amended Complaint in the 1:20-cv-01597 matter;
- Coretek's Responses shall be renewed with 14 days of the renewal of any Motions
- Replies by Defendants shall be renewed within 7 days of the renewal of any Responses

June 1, 2021
Page 2

FreeConferenceCall.com, Inc.'s counsel is in agreement with the letter. Should any questions or concerns remain, the undersigned Counsel for the Parties are available to resolve such concerns promptly.

Respectfully Submitted,

| SAND, SEBOLT & WERNOW CO., LPA | CHONG LAW FIRM PA |
|---|---|
| */s/ Andrew S. Curfman* <br> Andrew S. Curfman <br> Counsel for Plaintiff Coretek Licensing LLC | */s/ Jimmy Chong* <br> Jimmy Chong (#4839) <br> Counsel for Plaintiff Coretek Licensing LLC |
| FISH & RICHARDSON P.C. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | */s/ Andrew Moshos* <br> Andrew Moshos (#6685) <br> Counsel for Defendant Discord, Inc. |

ASC/tlo
Cc: All counsel of record via CM/ECF

_____