IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORETEK LICENSING LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-304 (MN) (CJB) |
| | ) |
| DISCORD INC., | ) |
| | ) |
| Defendant. | ) |

**STIPULATION AND [PROPOSED] ORDER TO STAY THE FILING OF THE CASE MANAGEMENT CHECKLIST AND PROPOSED SCHEDULING ORDER**

WHEREAS the Court ordered Plaintiff Coretek Licensing LLC and Defendant Discord Inc. (collectively, the "Parties") to meet and confer concerning the Court's Case Management Checklist (the "Checklist") and submit a copy of the Checklist, a proposed Scheduling Order, and a letter describing the Parties' discussion to the Court by June 10, 2021 (D.I. 11 and 15);

WHEREAS the Court subsequently ordered the Parties to meet and confer and discuss whether there is a way for the Court to address the upcoming renewed motions to dismiss the Amended Complaints on Section 101 grounds in this case and in C.A. No. 20-1597-MN-CJB at the same time pursuant to the same record (D.I. 17); and

WHEREAS the Parties have conferred and believe that submission of the Checklist and proposed Scheduling Order would be more efficiently served following the Court's ruling on the renewed Motion to Dismiss and that good cause exists for this extension;

IT IS HEREBY STIPULATED AND AGREED by the Parties, subject to the approval of the Court, that the Court stay the filing of the Checklist and Proposed Scheduling Order for a period of fourteen (14) days following the Court's ruling on the Defendant's renewed Motion to Dismiss.

| | |
|---|---|
| CHONG LAW FIRM PA | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Jimmy Chong* | */s/ Andrew Moshos* |
| Jimmy Chong (#4839)<br>2961 Centerville Road, Suite 350<br>Wilmington, DE  19808<br>(302) 999-9480<br>chong@chonglawfirm.com | Jack B. Blumenfeld (#1014)<br>Andrew Moshos (#6685)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>amoshos@morrisnichols.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

June 1, 2021

        SO ORDERED this____day of June, 2021.

_____
Magistrate Judge