IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORETEK LICENSING LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-304 (MN) (CJB) |
| | ) |
| DISCORD INC., | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT DISCORD INC.'S MOTION TO DISMISS PURSUANT TO
RULE 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE AND
35 U.S.C. § 101, AND JOINDER IN FREE CONFERENCING CORPORATION'S
RENEWED MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

Defendant Discord Inc. ("Discord") hereby moves to dismiss Plaintiff Coretek Licensing LLC's ("Coretek") Amended Complaint (D.I. 13) pursuant to Federal Rule of Civil Procedure 12(b)(6) and 35 U.S.C. § 101. In support of this motion, Discord joins Defendant Free Conferencing Corporation's ("Free Conferencing") Renewed Motion to Dismiss for Failure to State a Claim filed in the case captioned *Coretek Licensing LLC v. FreeConferenceCall.com, Inc.* C.A. No. 20-1597 (MN) (CJB) (D. Del.) (the "FreeConferenceCall.com Action"), D.I. 29-30.

The same Asserted Patents and claims are at issue in the FreeConferenceCall.com Action, and the allegations about the Asserted Patents' supposed eligibility in the operative complaint against Discord are the same as the allegations in the operative complaint against FreeConferenceCall.com. On June 16, 2020, Free Conferencing filed a motion to dismiss under Rule 12(b)(6) and 35 U.S.C. § 101 on the ground that the Asserted Patents are invalid as directed to patent-ineligible subject matter. FreeConferenceCall.com Action, D.I. 29-30. To avoid duplicative briefing and to minimize the burden on this Court, Discord joins Free Conferencing's motion to dismiss and all briefing filed in support thereof.

For the reasons set forth in Free Conferencing's motion to dismiss and supporting briefing, the claims of the Asserted Patents are directed to patent-ineligible subject matter and are therefore invalid under 35 U.S.C. § 101.  Discord hereby joins Free Conferencing's Renewed Motion to Dismiss for Failure to State a Claim under Rule 12(b)(6) of the Federal Rules of Civil Procedure and 35 U.S.C. § 101, and requests that the Court dismiss Coretek's claims against Discord with prejudice.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Andrew M. Moshos*

Jack B. Blumenfeld (#1014)
Andrew Moshos (#6685)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
amoshos@morrisnichols.com

*Attorneys for Defendant*

OF COUNSEL:

Clem S. Roberts
Alyssa Caridis
Evan Brewer
ORRICK HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025-1015
(650) 614-7400

June 16, 2021

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORETEK LICENSING LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-304 (MN) (CJB) |
| | ) |
| DISCORD INC., | ) |
| | ) |
| Defendant. | ) |

**[PROPOSED] ORDER**

WHEREAS, Defendant Discord Inc., having moved to dismiss the Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) and 35 U.S.C. § 101 (the "Motion"), and

WHEREAS, the Court having considered the Motion and any opposition thereto,

IT IS HEREBY ORDERED this ___ day of _____, 2021 that the Motion is **GRANTED** and Plaintiff Coretek Licensing LLC's Complaint is **DISMISSED WITH PREJUDICE**.

_____
The Honorable Maryellen Noreika

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 26, 2021, upon the following in the manner indicated:

| | |
|---|---|
| Jimmy Chong, Esquire | *VIA ELECTRONIC MAIL* |
| CHONG LAW FIRM PA | |
| 2961 Centerville Road, Suite 350 | |
| Wilmington, DE 19808 | |
| *Attorneys for Plaintiff* | |

*/s/ Andrew M. Moshos*

Andrew M. Moshos (#6685)