**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **CORETEK LICENSING LLC,**<br><br>    Plaintiff,<br><br>    v.<br><br>**DISCORD INC.,**<br><br>    Defendant. | Civil Action No.:  1:21-cv-00304-MN-CJB<br><br>**TRIAL BY JURY DEMANDED** |

**PLAINTIFF CORETEK LICENSING LLC'S RESPONSE TO DEFENDANT DISCORD INC.'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE AND 35 U.S.C. § 101, AND JOINDER IN FREE CONFERENCING CORPORATION'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

Plaintiff Coretek Licensing LLC does hereby adopt its Renewed Opposition To Defendant Freeconferencecall.Com, Inc.'s Motion To Dismiss The Complaint in the captioned case *Coretek Licensing LLC v. FreeConferenceCall.com, Inc.* C.A. No. 20-1597 (MN)(CJB) (D. Del.) D.I. 32 (attached hereto).

Because Defendant Discord Inc. adopted FreeConfrenceCallcom, Inc.'s Motion to Dismiss, Coretek Licensing LLC adopts its response in the *Coretek Licensing LLC v. FreeConferenceCall.com, Inc.* matter so as to avoid multiple briefings and preserve the Court's resources.

Coretek Licensing LLC thus requests that the Court deny Defendant Discord Inc.'s Motion To Dismiss Pursuant To Rule 12(B)(6) Of The Federal Rules Of Civil Procedure And 35 U.S.C. § 101 for the reasons stated in its Renewed Opposition To Defendant Freeconferencecall.Com, Inc.'s Motion To Dismiss The Complaint.

Dated: June 30, 2021                              Respectfully submitted,

                                              CHONG LAW FIRM PA

*/s/Jimmy Chong*
Jimmy Chong (#4839)
2961 Centerville Road, Suite 350
Wilmington, DE 19808
Telephone: (302) 999-9480
Facsimile: (877) 796-4627
Email: chong@chonglawfirm.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on June 30, 2021, via the Court's CM/ECF system.

      */s/ Jimmy Chong*
      Jimmy Chong (#4839)