**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **CORETEK LICENSING LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**DISCORD INC.,**<br><br>Defendant. | Civil Action No.: 1:21-cv-00304-MN-CJB<br><br>**TRIAL BY JURY DEMANDED** |

**[PROPOSED] ORDER DENYING DEFENDANT DISCORD INC.'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE AND 35 U.S.C. § 101,**

Having considered Defendant Discord Inc.'s Motion To Dismiss Pursuant To Rule 12(b)(6) Of The Federal Rules Of Civil Procedure And 35 U.S.C. § 101 the Court does hereby deny Discord Inc.'s Motion to Dismiss.

SO ORDERED:

Date: _____       _____

                                                              United States District Judge