IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CORETEK LICENSING LLC,                          )
                                                )
            Plaintiff,                          )
                                                )
      v.                                        )    C.A. No. 21-304 (MN) (CJB)
                                                )
DISCORD INC.,                                   )
                                                )
            Defendant.                          )

**DEFENDANT DISCORD INC.'S REPLY IN SUPPORT OF ITS
RENEWED MOTION TO DISMISS, AND MOTION FOR JOINDER IN
FREE CONFERENCING CORPORATION'S REPLY BRIEF
<u>IN SUPPORT OF ITS RENEWED RULE 12(b)(6) MOTION TO DISMISS</u>**

Defendant Discord Inc. ("Discord") hereby joins Defendant Free Conferencing Corporation's ("Free Conferencing") Reply Brief in Support of its Renewed Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim filed in the case captioned *Coretek Licensing LLC v. FreeConferenceCall.com, Inc.* C.A. No. 20-1597 (MN) (CJB) (D. Del.) (the "FreeConferenceCall.com Action"), D.I. 34.  To avoid duplicative briefing and to minimize the burden on this Court, Discord hereby incorporates and joins in Free Conferencing's reply brief filed in support of its motion to dismiss.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Andrew Moshos*

Jack B. Blumenfeld (#1014)
Andrew Moshos (#6685)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
amoshos@morrisnichols.com

OF COUNSEL:

Clem S. Roberts
Alyssa Caridis
Evan Brewer
ORRICK HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025-1015
(650) 614-7400

*Attorneys for Defendant*

July 7, 2021

2

**CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2021, I caused the foregoing to be electronically filed with

the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered

participants.

I further certify that I caused copies of the foregoing document to be served on

July 7, 2021, upon the following in the manner indicated:

Jimmy Chong, Esquire                                          *VIA ELECTRONIC MAIL*
CHONG LAW FIRM PA
2961 Centerville Road, Suite 350
Wilmington, DE  19808
*Attorneys for Plaintiff*




                                          */s/ Andrew M. Moshos*

                                          _____

                                          Andrew M. Moshos (#6685)