IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CORETEK LICENSING LLC,**<br><br>    Plaintiff,<br><br>v.<br><br>**DISCORD INC.,**<br><br>    Defendant. | Civil Action No.: 1:21-cv-00304-MN-CJB<br><br>**TRIAL BY JURY DEMANDED** |

**JOINT STIPULATION OF DISMISSAL**

Now come Plaintiff Coretek Licensing LLC and Defendant, Discord Inc., by and through their counsel and hereby stipulate and agree Plaintiff voluntarily dismisses all of the claims asserted against Defendant Discord Inc. in the within action With Prejudice with each party bearing its own costs and fees.

Dated: August 20, 2021

| CHONG LAW FIRM PA | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Jimmy Chong*<br>Jimmy Chong (#4839)<br>2961 Centerville Road, Suite 350<br>Wilmington, DE 19808<br>Telephone: (302) 999-9480<br>Facsimile: (302) 800-1999<br>Email: chong@chonglawfirm.com<br><br>ATTORNEY FOR PLAINTIFF | */s/ Jack B. Blumenfeld*<br>Jack B. Blumenfeld (#1014)<br>Andrew Moshos (#6685)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>amoshos@morrisnichols.com<br><br>ATTORNEY FOR DEFENDANT |

**SO ORDERED** this 20th day of August 2021.

_____
The Honorable Maryellen Noreika
United States District Judge